EXHIBIT 6



Benton 000139



Benton 000120

