EXHIBIT 23



COMMONWEALTH'S EXHIBIT

PENGAD 800-631-6989

Benton 000711



COMMONWEALTH'S EXHIBIT
**3**
PENGAD 800-631-6989

Benton 000712



COMMONWEALTH'S EXHIBIT

PENGAD 800-631-6989

Benton 000713



COMMONWEALTH'S EXHIBIT 5

PENGAD 800-631-6989

SMITH & WESSON
SPRINGFIELD MA U.S.A.

CAUTION: Capable of firing with magazine out.

EVIDENT
800-576-7606

ITEM #513BP

ITEM # 9
21.533

Benton 000714



COMMONWEALTH'S EXHIBIT 6 ENGAD 800-631-6989

FCL 1110



COMMONWEALTH'S EXHIBIT 7

PENGAD 800-631-6989

Benton 000716



COMMONWEALTH'S EXHIBIT

Benton 00071

PENGAD 800-631-6989



Benton 000718

PENGAD 800-631-6989

COMMONWEALTH'S
EXHIBIT



COMMONWEALTH'S EXHIBIT 10
PENGAD 800-631-6989



COMMONWEALTH'S EXHIBIT

PENGAD 800-631-6989

Benton 000720

## Incident Narratives

| **Original Narrative** | Author: | Date Created: | Supp #: |
|---|---|---|---|
| | Officer A. Rivera #1183 | 01/10/2021 1857 Hrs | 0 |

On 1/10/21 at 1815hrs. I OIC. Rivera, was dispatched to 4516 Monarch way (police headquarters) for a stolen firearm report. I arrived on scene and met with ODU Student Meekins, Brendon DOB /' ' ' The victim stated that his firearm was stolen from his vehicle, a white Jaguar XF that was parked at ' '. He stated that he stored the firearm under the driver seat and would check it every Sunday or at the end of the week to make sure it was there. I asked him if the weapon was in plain sight and he told me no. I asked the victim if the firearm was in a holster and he stated yes a black nylon belt holster. I asked him if anyone knew where the firearm was kept or if anyone had access to the firearm other than him, and he stated no.

The weapon was entered to VCIN/NCIC and the NIC# is G125216579. At this time I do not have any leads, I will be checking cameras in the area on 1/13/21.

| Signed: Officer A. Rivera #1183 | Reviewed: Sergeant H. Hilton #1121 |
|---|---|


COMMONWEALTH'S
EXHIBIT
12
PENGAD 800-631-6989
Benton 000721

## Supplement #1 Narrative

| | |
|---|---|
| **Author:** | Detective T. Glover #1169 |
| **Date Created:** | 01/12/2021 1453 Hrs |
| **Supp #:** | 1 |

On January 12, 2021 Detective Theodore Glover and Detective Ronald Janka (who are employed with Old Dominion University Police 4516 Monarch Way Norfolk VA) conducted a follow up at 875 Killam Ave Norfolk VA. During the follow up Detectives spoke with Alicia Warren and requested video footage from lot 107 at the Mills Parking lot located at 4517 Colley Ave Norfolk VA. During the follow up Detectives observed the victims White Jaguar with license plate (VA) UGM 1665. Detective Janka took a photo of the vehicle and noticed no signs of damage or forced entry. Detective Janka also stated the vehicle was secured. During the follow up Detectives were able to download and save camera footage from January 07 2021 to January 10 2021. During the course of this follow up Detectives also discovered that the victim, Bendon Meekins (black male, date of birth        ) was not a resident at any ODU Rent locations and does not reside at the Mills. Detectives have also not been able to confirm that Meekins is an ODU student as the report states. There is no UIN listed in the report and no record of Meekins in ODU StarRez or CSGOLD systems.

| **Signed:** Detective T. Glover #1169 | **Reviewed:** Sgt A. Richardson #1135 |
|---|---|

Benton 000722

# Brendon Meekins Interview#2 Narrative

| Author: | Date Created: | Supp #: |
|---|---|---|
| Detective C. Jones #1124 | 01/14/2021 1515 Hrs | 2 |

This incident was investigated by Detective Christopher Jones, who is employed as a Police Officer, for the Old Dominion University Police Department, which is located at 4116 Monarch Way, Norfolk.

On January 10, 2021, at approximately 1815 hours, Brendon Meekins walked into the ODU Police Headquarters, (4516 Monarch Way, Norfolk) to file a police report for his missing firearm. Meekins, (Black male with a date of birth of :. , is not a current student of ODU, however his residence ( ......... ...) is located within the concurrent jurisdiction of the Norfolk City Police Department, which is shared with the Norfolk City Police Department.

Brendon Meekins stated he last saw his missing handgun, (Smith & Wesson SD40 VE-Serial Number FCL1110-Black/Grey in color) on Thursday January 7, 2021, when it was under the front driver's seat of his white Jaguar XF sedan. The firearm was in a black nylon (Soft) gun holster, Meekins also stated the weapon was not accessible from the front driver's seat, this was due to the factory electronic equipment, which was installed by the vehicle manufacture. Meekins stated, he was the owner of three handguns and two rifles, he did have a valid VA. Concealed Handgun Permit, and carried a 45 caliber pistol on his person, he stored the missing 40 caliber pistol in his car, and he stored a 40 caliber pistol at the residence of his daughter, which was in the City of Chesapeake. The two rifles are kept in his current apartment.

On January 12, 2021, at approximately 1510 hours, Detective Jones contacted Special Agent Justin R. Cowan, who is employed as a Police Officer for the Virginia State Police Department, located in Richmond Virginia. It was determined, the VSP would be the lead law enforcement agency for this incident.

On January 13, 2021, at approximately 1225 hours, Detective Jones conducted an interview with Brendon Meekins, which was conducted at the ODU Police Investigations Office, 4116 Monarch Way, Norfolk. During the interview, Meekins confirmed he did keep the missing handgun in his white Jaguar, and he is positive it was there on Thursday January 7, 2021, because he was in a near vehicle collision, which required him to forcefully apply the brakes of his vehicle. During the emergency braking, Meekins stated he could hear/feel the dislodged firearm, as it moved freely in the rear seat compartment. Meekins reported he opened the rear driver's side door to secure the weapon under the front seat.

Brendon Meekins reported he would normally inventory/clean all the weapons every Sunday.

Detective Jones asked Brendon Meekins if anyone was in his car lately/if he had given anyone a ride in his car? Brendon Meekins replied, he gave his girlfriend's sister, and her friend Xzavier a ride to the grocery store on Friday. Detective Jones asked Brendon Meekins, where did the passengers sit in his vehicle?
Brendon Meekins replied, Kay (Girlfriend's Sister) sat in the front passenger seat, and Xzavier sat in the back seat. Detective Jones asked Brendon Meekins to provide him with the full names and telephone numbers of his passengers, as they needed to be interviewed about the missing firearm.
Brendon Meekins replied, Kay Teixeira ˉˉ ˉˉ, and Xzavier Hill - , "But Z got killed, he got shot on Saturday."
Detective Jones asked Brendon Meekins how well he knew Xzavier?
Brendon Meekins replied Xzavier attended high school with his girlfriend, Kyra Teixeira and her Sister Kay Teixeira.
Detective Jones asked Brendon Meekins, did he take Xzavier Hill to shoot any of his guns, either inside a gun range, or outside in the woods?
Brendon Meekins replied, "No," he only saw Xzavier 3/4 times, they were not really close.

Benton 000723

Detective Jones asked Brendon Meekins to give him a time line of what he was doing from, Thursday January 7, 2021, to the day he filed the police report on Sunday January 10, 2021. Meekins then stated the following;

January 7, 2021, Thursday,...was involved in a near auto collision, which resulted in Brendon Meekins physically see /touch the missing S&W 40 caliber handgun.

January 8, 2021, Friday... at approximately 1830 hours Brendon Meekins was at his home, his girlfriend, her sister, and Xzavier were there, Meekins wanted a specialty water, which was sold by a local grocer (Fresh Market approximately .8 miles from his apartment) his girlfriend's sister, Kay and Xzavier were in the car for this short trip. Everyone went into the store together, they returned to the apartment in less than an hour.
A few hours later at approximately 2130 hours, Brendon Meekins departed the apartment, he was alone as he went to meet a friend, he returned home about an hour later.

January 9, 2021, Saturday, at approximately 1300 hours, Brendon Meekins went to a local Barber shop, he was alone. At 1400 hours Meekins went to another grooming appointment, he was still alone. A few hours later Meekins drove to his daughter's grandmother's house to pick up his daughter. Meekins and his daughter then drove back to his apartment, where they picked up his girlfriend at 1700 hours, after which they all went to Dave and Busters. At approximately 2300 to 0000 hours Meekins returned his child to the custody of her mother, he then returned home for the night.

January 10, 2021, Sunday, Brendon Meekins worked from home from 1200 hours to 1800 hours, at approximately 1805 hours, he departed his apartment alone to get food. Meekins intended to pick up food from the local Raising Cane's Chicken Fingers, (Approximately .2 miles from his home) however as Brendon Meekins was parking his vehicle in front of the restaurant, he thought to reach back for his S&W handgun, which he discovered was no longer there. After Meekins searched the vehicle, he concluded his personal firearm, which he purchased less than a year ago was missing. Meekins then drove from West 41 Street on Monarch Way, to West 46 Street on Monarch Way, to report the missing handgun to the ODU Police Department, which is located at 4516 Monarch Way.

Detective Jones asked Brendon Meekins if he thought Xzavier Hill could have taken his gun?
Brendon Meekins replied, "I would not put anything past anyone."
Detective Jones asked Brendon Meekins how long he has known Xzavier Hill, and he stated, "I meet X in November, he is good friends with his girlfriend's sister." Meekins also stated he was in Stafford VA. on Christmas day, he was visiting with his girlfriend's family, he did not see Xzavier, but he advised he knew Xzavier was from Stafford VA.
Detective Jones asked Brendon Meekins, if he could confirm his car doors were secured at all times, however Meekins stated he did not know if his car doors were locked at all times.

Before Detective Jones met with Meekins for an interview, he reviewed the Body Worn Camera of the ODU Police Officer, (A. Rivera) who took the initial report in the lobby of ODU PD, it was noted Brendon Meekins had the original box for the S&W firearm with him as he made the report. During the interview with Meekins Detective Jones inquired as to how he came to realize the firearm was missing, as he was parking his car. Meekins replied, he was going to exchange the magazine from the missing gun, with the magazine, which was located in the box.

Detective Jones inquired/showed a photograph to Meekins, which displayed him exiting his apartment building on January 8, 2021, at 0746 hours, with a black handgun in his left hand, Meekins, then advised Detective Jones, that was his 45 caliber pistol, which is usually carried on his person.

Benton 000724

| Signed: Detective C. Jones #1124 | Reviewed: Sgt A. Richardson #1135 |
|---|---|

# Kyra Teixeira Interview#3 Narrative

| Author: | Date Created: | Supp #: |
|---|---|---|
| Detective C. Jones #1124 | 01/16/2021 2014 Hrs | 3 |

This interview was conducted by Detective Christopher Jones, who is employed as a Police Officer for the Old Dominion University Police Department, which is located at 4116 Monarch Way, Norfolk.

On January 10, 2021, at approximately 1830 hours, Brendon Meekins reported the theft of his personal firearm, which he keep under the driver's seat of his vehicle. During this investigation, Detective Jones conducted an interview with Meekins, which developed a possible suspect, Xzavier Hill, (childhood friend of his girlfriend Kyra Teixeira/her sister Kayla Teixeira) who was an 18 year old black male, and non ODU student. Brendon Meekins also advised Detective Jones, Xzavier Hill was shot, and he did expire on Saturday January 9, 2021.

On January 13, 2021, at approximately 1430 hours, Detective Jones conducted an interview with Kyra Teixeira, (current ODU student with a date of birth of [          ]) who is involved in a romantic relationship with Brendon Meekins. Kyra Teixeira also resides at 8

Detective Jones asked Kyra Teixeira, how long has she known Brendon Meekins?
Kyra Teixeira replied, I meet him in October of 2019.
Detective Jones asked Kyra Teixeira, if she knew about her boyfriend's missing firearm?
Kyra Teixeira replied, "He told me one was missing, he asked me if I had seen his gun from his car?"
Teixeira informed Detective Jones, she did not see/handle the missing firearm from Meekins vehicle, she also stated she did not handle any of his weapons.
Detective Jones asked Kyra Teixeira, if she ever drove her boyfriend's white Jaguar?
Kyra Teixeira replied, "No not really."
Detective Jones asked Kyra Teixeira, if Brendon Meekins had a good friendship with Xzavier Hill?
Kyra Teixeira replied, they did not really know each other, but they did go play basketball together once.
Detective Jones asked Kyra Teixeira, if Brendon Meekins ever took Xzavier Hill to the gun range/if he ever let Xzavier Hill use any of his firearms?
Kyra Teixeira replied, no, not that she knew of.

Detective Jones, asked Kyra Teixeira, if she could think of any reason why Xzavier Hill may have taken Brendon Meekins gun without permission?
Kyra Teixeira replied, "I walked into the room, and heard Xzavier say, some girl in Charlottesville was trying to set him up to get hurt, or killed over money, he seemed concerned for his safety."
Detective Jones asked Kyra Teixeira, what did Xzavier Hill do for employment?
Kyra Teixeira replied, "He makes money off the stock market."

Detective Jones asked Kyra Teixeira, when was the last time she saw Xzavier Hill?
Kyra Teixeira replied, "He was at my house on Friday, then he went to see some girl, then he left to go back."
Detective Jones will attempt to locate/interview the young lady, who did associate with Xzavier Hill, before he departed the City of Norfolk, On Friday January 8, 2021.

| Signed: Detective C. Jones #1124 | | Reviewed: Sgt A. Richardson #1135 |
|---|---|---|

Benton 000726

# Ayanna Hudson Interview#3 Narrative

| Author: | Date Created: | Supp #: |
|---|---|---|
| Detective C. Jones #1124 | 01/16/2021 2355 Hrs | 3 |

This interview was conducted by Detective Jones, who is employed as a Police Officer for the Old Dominion University Police Department, which is located at 4116 Monarch Way, Norfolk.

On January 10, 2021, at approximately 1830 hours, Brendon Meekins filed a Police report for a stolen firearm. During this investigation Detective Jones conducted an interview with Ayanna Hudson, who is a current ODU student, with a date of birth of

On January 13, 2021, at approximately 1550 hours, Detective Jones conducted a telephone interview with Ayanna Hudson, who did state she was in the company of Xzavier Hill, on Friday January 8, 2021.
Ayanna Hudson advised Detective Jones, Xzavier Hill was her boyfriend.

Detective Jones asked Ayanna Hudson, when did she see Xzavier Hill on Friday?
Ayanna Hudson replied, "We were together 2:00 to 3:00 in the afternoon, then he left, and came back about 6:00, he stayed till about 11:00."
Detective Jones asked Ayanna Hudson, to describe what they did that evening.
Ayanna Hudson replied, " We hung out, and went to the beach in Norfolk."
Detective Jones asked Ayanna Hudson, what time did they return from the beach?
Ayanna Hudson replied, " We got back about 12:00, then he went home to Charlottesville."

Detective Jones asked Ayanna Hudson, if when she was with Xzavier Hill, did she see him with a gun?
Ayanna Hudson was somewhat hesitant to answer Detective Jones, but after a brief pause, she replied, " Yes."
Detective Jones asked Ayanna Hudson, when did you see Xzavier Hill with a gun?
Ayanna Hudson replied, "On Thursday."
Detective Jones asked Ayanna Hudson, where was the gun located?
Ayanna Hudson replied, "In his car, it was a black gun, and he had it in the driver side door."
Detective Jones asked Ayanna Hudson, if Xzavier Hill displayed the gun to her on purpose, or did she see it by mistake?
Ayanna Hudson replied, "I saw it on accident, I told him to take it back to wherever he got it from, and he said he would."
Detective Jones asked Ayanna Hudson, if she has ever seen Xzavier Hill with a gun before?
Ayanna Hudson replied, "No."

| Signed: Detective C. Jones #1124 | Reviewed: Sgt A. Richardson #1135 |
|---|---|

Benton 000727



Commonwealth of Virginia



# DEPARTMENT OF FORENSIC SCIENCE

### CERTIFICATE OF ANALYSIS

February 17, 2021

Central Laboratory
700 N. 5th Street
Richmond, VA 23219

Tel. No.:        (804) 786-4707
Fax:             (804) 786-6907

TO:     JUSTIN COWAN
        DEPARTMENT OF STATE POLICE
        2434 PINE FOREST DRIVE
        COLONIAL HEIGHTS, VA 23834

FS Lab # C21-516

Your Case #:     21-533

Victim(s):       HILL, Xzavier Devonte

Suspect(s):      - - -

Evidence Submitted By:     Jonathan W. Johnson          Date Received:     01/14/2021

| | |
|---|---|
| Item 1 | One (1) SIG Sauer Model P320, caliber 357 SIG, pistol, serial number 58C295057, with one (1) magazine and twelve (12) Speer caliber 357 SIG cartridges |
| Item 2 | One (1) SIG Sauer Model P320, caliber 357 SIG, pistol, serial number 58C273133, with one (1) magazine and fourteen (14) Speer caliber 357 SIG cartridges |
| Item 2T | Ammunition components from test firing the Item 2 firearm (Item created at the Central Laboratory) |
| Item 6 | One (1) Speer caliber 357 SIG cartridge case |
| Item 7 | One (1) Speer caliber 357 SIG cartridge case |
| Item 8 | One (1) Speer caliber 357 SIG cartridge case |
| Item 9 | One (1) Smith & Wesson Model SD40, caliber 40 S&W, pistol, serial number FCL1110, and one (1) Aguila caliber 40 S&W cartridge |
| Item 16 | One (1) magazine and eight (8) Aguila caliber 40 S&W cartridges |
| Item 20 | One (1) bullet |
| Item 21 | One (1) bullet |

RESULTS AND INTERPRETATIONS:

The Item 1 firearm was examined, found to be in mechanical operating condition with the safety features functioning properly, and test fired using the submitted magazine. The Item 1 cartridges were examined and found to be the type designed for use with the Item 1 firearm. Three (3) of the Item 1 cartridges were used for test firing purposes. The resultant ammunition components are being returned in Container 1 and should be maintained for possible future examinations.

The Item 7 and 8 cartridge cases and Item 21, consistent in design with a Speer caliber 357 SIG Gold Dot jacketed hollow-point bullet, were examined microscopically and identified as having been fired in/from the Item 1 pistol based on corresponding class and individual characteristics.

The Item 2 firearm was examined, found to be in mechanical operating condition with the safety features functioning properly, and test fired using the submitted magazine. The Item 2 cartridges were examined and found to be the type designed for use with the Item 2 firearm. Three (3) of the Item 2 cartridges and three (3) cartridges from laboratory stock ammunition were used for test firing purposes. The resultant ammunition components from laboratory stock ammunition are being returned as Item 2T. The resultant ammunition components are being returned in Container 2 and should be maintained for possible future examinations.

Rev. 7/05



COMMONWEALTH'S
EXHIBIT
12

Benton 000728



Commonwealth of Virginia



# DEPARTMENT OF FORENSIC SCIENCE

## CERTIFICATE OF ANALYSIS

Department of State Police
FS Lab # C21-516
Your Case # 21-533
February 17, 2021

The Item 6 cartridge case and Item 20, consistent in design with a Speer caliber 357 SIG Gold Dot jacketed hollow-point bullet, were examined microscopically and identified as having been fired in/from the Item 2 pistol based on corresponding class and individual characteristics.

The Item 9 firearm was examined, found to be in mechanical operating condition with the safety features functioning properly, and test fired using the Item 16 magazine. The Item 9 and 16 cartridges were examined and found to be the type designed for use with the Item 9 firearm. Three (3) of the Item 16 cartridges were used for test firing purposes. The resultant ammunition components are being returned in Container 7 and should be maintained for possible future examinations.

The cartridge cases from test firing the Item 9 firearm were microscopically examined, one (1) of these cartridge cases was entered into the NIBIN system, and a search was conducted. No associations were made at this time; however, searches will be conducted periodically as new images are entered into the database.

Dates of testing: 1/28/2021 - 2/17/2021. Supporting examination documentation is maintained in the case file. The above listed methods are those approved for use at the time of analysis. Current methods can be found in the Firearms and Toolmarks Procedures Manual, which can be found at www.dfs.virginia.gov/documentation-publications/manuals/.

The evidence is being retained for personal pickup.

Attest:

I certify that I performed the above analysis or examination as an employee of the Department of Forensic Science and that the above is an accurate record of the results and interpretations of that analysis or examination.

James J. Bullock
Forensic Scientist

OCME (# C0021-21)

JJB
2/22/21

**Benton 000729**

Rev. 7/05



COMMONWEALTH'S
EXHIBIT

PENGAD 800-631-6989



COMMONWEALTH'S EXHIBIT 15

PENGAD 800-631-6989



COMMONWEALTH'S EXHIBIT 16

PENGAD 800-631-6989

Benton 000732



COMMONWEALTH'S EXHIBIT 17

PENGAD 800-631-6989

SMITH & WESSON SD40

Benton 000733



COMMONWEALTH'S
EXHIBIT
1B

Benton 000734



COMMONWEALTH'S EXHIBIT 19

PENGAD 800-631-6989

SMITH & WESSON
SPRINGFIELD MA USA

CAUTION: Capable of firing with magazine removed

Benton 000735



COMMONWEALTH'S
EXHIBIT
20

PENGAD 800-631-6989

Benton 000736



COMMONWEALTH'S
EXHIBIT
21

PENGAD 800-631-6989

Benton 000737



Searched Items (3)

| # | Timestamp | Source | Value | Parameters | Origin | Deleted | Account |
|---|-----------|--------|-------|------------|--------|---------|---------|
| 1 | 1/8/2021 2:16:32 PM(UTC-5) | Safari Source file: a061bfecd03a6c0232b7 e6a4cb579776a9718b0 5_files_partial- afu.zip/private/var/mobil e/Containers/Data/Appli cation/7AC5D39B-FA62- 44A7-9D3F- 4D25A095A910/Library/ Preferences/com.apple. mobilesafari.plist : 0x649 (Size: 4222 bytes) | check gun serial number | | Default | | |
| 2 | 1/7/2021 2:45:35 PM(UTC-5) | Safari Source file: a061bfecd03a6c0232b7 e6a4cb579776a9718b0 5_files_partial- afu.zip/private/var/mobil e/Containers/Data/Appli cation/7AC5D39B-FA62- 44A7-9D3F- 4D25A095A910/Library/ Preferences/com.apple. mobilesafari.plist : 0x769 (Size: 4222 bytes) | smith and wesson SD40 | | Default | | |
| 3 | 1/6/2021 7:46:55 PM(UTC-5) | Safari Source file: a061bfecd03a6c0232b7 e6a4cb579776a9718b0 5_files_partial- afu.zip/private/var/mobil e/Containers/Data/Appli cation/7AC5D39B-FA62- 44A7-9D3F- 4D25A095A910/Library/ Preferences/com.apple. mobilesafari.plist : 0x844 (Size: 4222 bytes) | driving with lights off | | Default | | |

PENGAD 800-631-6989

COMMONWEALTH'S
EXHIBIT
22

**Commonwealth of Virginia**
Department of Health
**Office of the Chief Medical Examiner**
CENTRAL DISTRICT
400 EAST JACKSON STREET RICHMOND, VA 23219

Case Number:
**C2021-73266**

REPORT OF INVESTIGATION

| Decedent | XZAVIER | DEYONTE | HILL | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Suffix Sr, Jr, III, etc |

SSN

Home Address   12563 SUMMIT MANOR DRIVE APT#519  FAIRFAX,  VA   22033
Number and Street          City, State, Zip

Age  18 Yrs   DOB         Sex  MALE     Last Known Occupation     LIFEGUARD

Race  BLACK   Hispanic?  NO   Marital Status  NEVER MARRIED

MEDICAL EXAMINER AUTHORITY    VIOLENT OR UNNATURAL

Police Notified  YES    Investigator  SPECIAL AGENT COWAN    Phone

Jurisdiction   VIRGINIA STATE POLICE

| | DATE (MM/DD/YY) | TIME (24h) | LOCATION | CITY/ COUNTY | BY WHOM |
|---|---|---|---|---|---|
| LAST KNOWN ALIVE | 1/9/2021 | 0456 | I-64 WB 172.6 MILE MARKER | GOOCHLAND COUNTY, VA | POLICE |
| EVENT/ INJURY ACUTE ILLNESS | 1/9/2021 | 0456 | I-64 WB MILE MARKER 172.6 | GOOCHLAND COUNTY, VA | POLICE |
| FOUND | 1/9/2021 | 0456 | I-64 WB MILE MARKER 172.6 | GOOCHLAND COUNTY, VA | POLICE |
| DEATH/ PRONOUNCED | 1/9/2021 | 0456 | I-64 WB MILE MARKER 172.6 | GOOCHLAND COUNTY, VA | GOOCHLAND EMS |
| EXAMINATION OF BODY | 1/11/2021 | 0900 | OFFICE OF THE MEDICAL EXAMINER - CENTRAL DISTRICT | RICHMOND , VA | SHAPIRO, DANIEL |

| Cause of Death: | |
|---|---|
| **GUNSHOT WOUND TO THE NECK** | Autopsy (Y/N):  Y |
| | Authorized by  ASSISTANT CHIEF MEDICAL EXAMINER |
| | Pathologist  SHAPIRO, DANIEL |
| | Autopsy No  C0021-21 |
| **Manner of Death:**  HOMICIDE | Location  CENTRAL OCME |

This case was reviewed by:

23-Feb-2021  1519      JEFFERY GOFTON
Date/Time      Name of Assistant Chief Medical Examiner          Signature of Assistant Chief Medical Examiner

23-Feb-2021  1433      CARLETON, LESLIE
Date/Time      Name of Reviewing Medicolegal Death Investigator

CME1_1E/ REV 10/09


COMMONWEALTH'S
EXHIBIT
23

Benton 000719

| MEDICAL HISTORY |
|---|

☑none known ☐alcoholism ☐cirrhosis ☐hepatitis ☐drug abuse ☐asthma ☐bronchitis ☐emphysema

☐seizure disorder (cause) _____ ☐cancer _____ ☐diabetes ☐hypertension ☐atherosclerosis

☐stroke ☐psychiatric diagnosis (specify) _____ ☐depression ☐dementia (specify) _____

☐recent trauma (specify) _____ ☐hip fracture

☐acute infections (specify) _____ ☐HIV/AIDS ☐COPD ☐obesity ☐tobacco

☐other (specify):

Treating MD _____     Phone# _____

Hospitalizations (when/where)

Medications

Tox requested: YES

**Summary of Circumstances:**
The decedent was an 18-year-old male who was involved in a vehicular pursuit with police and was subsequently shot. He was pronounced dead on scene.

The examination showed gunshot wounds involving the face, neck and left hand. The gunshot wound to the neck was associated with lethal injury. There was no significant natural disease.

Postmortem toxicology revealed metabolites of marijuana and nicotine, which did not contribute to death.

Decedent:   XZAVIER DEYONTE HILL
CME1_1E/ REV 10/09

Benton 000740

| | |
|---|---|
| **Autopsy** | C0021-21 |
| **File#** | C2021-73266 |
| **Date/Day** | 01/11/2021, Monday |
| **Time** | 09:00 a.m. |

**REPORT OF AUTOPSY**

**DECEDENT**   Xzavier                                                    Hill

**Autopsy Authorized by:** Dr. Daniel Shapiro, Medical Examiner for Goochland County.

| BODY IDENTIFIED BY: | PERSONS PRESENT AT AUTOPSY: |
|---|---|
| Removal service tag. | Daniel Shapiro, M.D., Jeffery Gofton, M.D., and Aria Rowshan. |

**Rigor:** Complete   **Livor:** Pink   **Distribution:** Posterior  **Age:** 18  **Race:** Black  **Sex:** Male  **Length:** ~65"  **Weight:** ~156 lbs.
**Eyes:** Brown  **Hair:** Black  **Mustache:** Yes  **Beard:** Yes  **Circumcised:** Yes  **Body Heat:** Refrigerated.
**CLOTHING, PERSONAL EFFECTS, EXTERNAL WOUNDS, SCARS, TATTOOS, OTHER IDENTIFYING FEATURES:**

**CLOTHING/PERSONAL EFFECTS:** The body is received clothed in a t-shirt, shorts, shoes, and socks. Personal effects include a watch, two bracelets, two earrings, a necklace, and a rubber band.

**EXTERNAL EXAMINATION:** The decedent is a well-developed, well-nourished, adult male, who appears consistent with the stated age. There is no decomposition. The head is normocephalic with two abrasions at the left forehead, each measuring 0.5 cm x 0.2 cm, and a 6.0 cm x 2.0 cm left cheek contusion. The eyes are clear, with unremarkable conjunctivae. The left mandible is fractured, in addition to several mandibular teeth. The remaining dentition is natural and in a healthy state of repair. A gunshot wound is present at the left face, described below. The neck, chest, abdomen, and back are intact. A gunshot wound is present at the posterior neck, described below. A 5.0 cm x 2.0 cm contusion is present at the right lateral neck. A 2.5 cm x 1.0 cm contusion is present at the anterior neck. A 4.0 cm x 1.0 cm contusion is present at the right clavicle. A 3.0 cm x 2.0 contusion is present over the left clavicle. Three patterned abrasions are present over the anterior neck, measuring 1.0 cm x 0.2 cm, 3.0 cm x 0.3-0.1 cm, and 1.2 cm x 0.2 cm. A 2.5 cm x 1.0 cm contusion is present at the left upper chest. The arms, hands, legs, and feet are intact. At examination, the hands are covered with a white bag. The bags are removed and discarded per office protocol. There is blood smear on the hands. There is no visible soot on the hands. A gunshot wound is present at the left hand, described below. The left arm is remarkable for a 0.7 cm x 0.2 cm abrasion and a 2.0 cm x 0.5 cm contusion at the left hand. The right arm and lower extremities are atraumatic.

**MARKS OF THERAPY:** None.

**SIGNS OF ORGAN DONATION:** None.

**SCARS:** Well-healed scars of the right shoulder, upper extremity, and left lower extremity.

**TATTOOS:** As per autopsy photographs.

**X-RAYS:** Skeletal survey reveals a projectile at the left maxillary region and right clavicular region.

**HISTORY:** Shot by law enforcement following a police pursuit. Pronounced dead on scene.

**PATHOLOGICAL DIAGNOSES:**

1. Penetrating, indeterminate range gunshot wound to the posterior neck (A), centered 6" from the top of the head, 0.75" left of posterior midline. The entrance wound consists of a 1.5 cm x 0.7 cm, round defect, with a 0.1 cm circumferential abrasion margin. There is no soot or stippling on the surrounding skin surface. The trajectory is forward and slightly rightward. A 1.5 cm x 1.5 cm, deformed, jacketed projectile is located within the maxillary sinus and submitted as evidence. The wound path involves the C1 and C2 vertebrae (fractured), partial transection of the spinal cord, pharyngeal soft tissues, maxillary sinus where the projectile terminates its path.

2. Penetrating, indeterminate range gunshot wound to the left face (F), centered 5.5" from the top of the head, 5" left of anterior midline. The entrance wound consists of a 2.0 cm x 1.0 cm, ovoid defect, with a 0.2 cm laceration at the 5 o'clock position, a 0.5 cm laceration at the 6 o'clock position, and an abrasion margin, measuring 0.1 cm thick between the 9 o'clock to 3 o'clock positions. There is no soot or stippling on the surrounding skin surface. The trajectory is to the right and downward. A 0.8 cm x 0.5 cm, jacketed, deformed projectile is recovered from the right clavicle, 14" from the top of the head, 1" right of anterior midline, and is submitted as evidence. The wound path involves fracture of the left mandible and associated teeth, and injury to the pharyngeal soft tissues, thyrohyoid muscle, sternothyroid muscle, and right clavicle, where the bullet terminates its path. Associated subcutaneous hemorrhage and contusions at the anterior neck.

**Cause of Death:** Gunshot wound to neck.

Final Report: ___February 11, 2021___

The facts stated herein are true and correct to the best of my knowledge and belief.

| | | |
|---|---|---|
| 02/12/2021 | Richmond City | _signature_ |
| Date Signed | Place of Autopsy | Signature of Pathologist |
| | | Daniel Shapiro, M.D. |

**Benton 000741**

| Autopsy | C0021-21 |
|---|---|
| File# | C2021-73266 |
| Date/Day | 01/11/2021, Monday |
| Time | 09:00 a.m. |

REPORT OF AUTOPSY # C0021-21

Page 2

DECEDENT     Xzavier                                          Hill

3. Perforating, indeterminate range gunshot wound to the left hand, with entrance (E) adjacent to the base of the thumb, centered 23.5" from the top of the shoulder and 2.25" left of posterior midline of the arm. The entrance wound consists of a 0.8 cm x 0.8 cm, round defect. There is no soot or stippling on the surrounding skin surface. The trajectory is dorsal to ventral, lateral to medial, and slightly distal. An exit wound is present at the palmar surface of the left hand (B). The exit wound consists of a 2.5 cm x 1.0 cm defect, 24" from the top of the shoulder and 2.5" left of anterior midline, with three lacerations (0.6 cm, 0.5 cm, and 0.5 cm) at the 3 o'clock to 7 o'clock position. A re-entrance wound (C) is present at the palmar surface of the left hand, 25" from the top of the shoulder, 0.5" right of anterior midline. The re-entrance wound consists of a 3.2 cm x 1.3 cm, irregular defect with a 1 cm laceration at the 12 o'clock position. A re-exit wound (D), is present at the left medial aspect of the fourth digit, consisting of a 2.0 cm x 0.7 cm, irregular defect, situated 25.5" from the top of the shoulder and 1" right of anterior midline. There are no recoverable projectile fragments. The wound path is associated with fracture of the left fourth proximal phalange.

4. Additional findings.
   a. Pulmonary vascular congestion, mild.
   b. Accessory spleen.

5. Toxicology findings.
   a. 11-Hydroxy Delta-9 THC- 6.1 ng/mL (iliac blood).
   b. Delta-9 Carboxy THC- 120 ng/mL (iliac blood).
   c. Delta-9 THC- 21 ng/mL (iliac blood).

Benton 000742

## GROSS DESCRIPTION

**SEROUS CAVITIES:** The pleural and pericardial spaces are intact and without abnormal fluid collections. The abdominal cavity is predominately smooth without adhesions or abnormal fluid collections. The organs are in their usual anatomic locations.

**HEART:** The heart weighs 417 grams. The epicardial surface is smooth, glistening, and intact. There is no atherosclerosis. The coronary arteries arise distribute normally. The valves are normally formed and within normal limits. The myocardium is diffusely maroon, intact, and without hemorrhage, necrosis, or scar. The left ventricle, septum, and right ventricle measure 1.3 cm, 1.5 cm, and 0.5 cm, respectively.

**AORTA:** The aorta arises and distributes normally. There is no atherosclerosis throughout the aorta.

**NECK ORGANS:** Hemorrhage is present at the thyrohyoid and sternothyroid muscles, associated with a gunshot wound track. The hyoid bone and laryngeal cartilages are intact and without injury. The thyroid gland is symmetric and without focal lesions.

**LUNGS:** The right lung weighs 422 grams, while the left is 325 grams. The upper airways are intact and contain a scant amount of mucus. The pleural surfaces are smooth and intact with reticular anthracosis. The parenchyma is moderately congested with minimal edematous fluid. There are no mucus plugs. The pulmonary vasculature is free of thromboembolus.

**LYMPH NODES:** Within normal limits.

**LIVER:** 1,363 grams. Intact capsule covering a maroon parenchyma. The cut surfaces show no focal lesions.

**GALLBLADDER:** The gallbladder is present and contains approximately 10 mL of bile. There are no stones or mucosal lesions.

**SPLEEN:** 115 grams. The capsule is intact. The parenchyma is maroon and without focal lesions. A 1.5 cm x 0.5 cm accessory spleen is adjacent to the spleen.

**PANCREAS:** Tan, lobulated, and intact without focal lesions.

**ADRENAL GLANDS:** Intact and without hemorrhage.

**GI TRACT:** Tongue is intact and shows no injury. Esophagus is intact and shows no mucosal lesions. The stomach is of the usual configuration and contains scant brown chyme. There are no pills or fragments seen. The small and large bowels are intact and without injuries. The appendix is present and unremarkable.

**KIDNEYS:** The right is 124 grams, while the left kidney is 112 grams. The capsules strip with ease to reveal regular, smooth contours. The renal parenchyma is red-maroon with no focal lesions. The pelves and ureters are intact and without obstruction.

**BLADDER:** The bladder contains approximately 50 cc of clear, yellow urine. The mucosa is intact and without lesions.

**GENITALIA:** Internal genitalia are intact and without injury.

**BRAIN & MENINGES:** The brain weighs 1,483 grams. The dura mater is intact. No evidence of epidural, subdural, or subarachnoid hemorrhages. The leptomeninges are thin and delicate. Serial coronal sections through the cerebral hemispheres demonstrate no evidence of intraparenchymal hemorrhage or focal lesions. The lateral ventricles are of the usual caliber. Serial transverse sections through the brainstem and cerebellum are unremarkable. The spinal cord at the level of the C1 and C2 vertebrae is partially transected, and hemorrhagic. Intraventricular hemorrhage is not present. There is no fluid in the sphenoid sinuses. There is no significant atherosclerosis present in the Circle of Willis.

**MUSCULOSKELETAL:** Fractures of the left fourth proximal phalange, C1 and C2 vertebrae, and left mandible. No additional bone or joint abnormalities are seen. Skeletal muscle is red-maroon and moist with a mass appropriate for the decedent's age and sex.

**MICROSCOPIC SECTIONS:** Heart, lung, liver, kidney.

---

**OTHER LAB PROCEDURES:** Photo ☒ Micro ☒ Toxicology ☒ X-Ray ☒ Fingerprints ☒ Dental ☐ DNA ☒ GSR ☒ PERK ☐ HIV ☐ Hepatitis ☐ Bacteriology☐ Virology ☐ Accelerants ☐ Other☐

**DISPOSITION OF EVIDENCE:**

**TOXICOLOGY** (NMS) – Blood.
**OCME** – Vitreous, blood, liver, bile, urine.
**INVESTIGATOR** – Projectiles, DNA card, GSR kit, clothing and personal effects.
**FUNERAL HOME** – None.

Benton 000743

**MICROSCOPIC DESCRIPTION:**

HEART: No significant histopathologic abnormality.

LUNG: Mild pulmonary vascular congestion, intra-alveolar and bronchial erythrocyte accumulation (hemoaspiration), and mild alveolar macrophage accumulation.

LIVER: No significant histopathologic abnormality.

KIDNEY: No significant histopathologic abnormality.

**SUMMARY:**

The decedent was an 18-year-old male who was involved in a vehicular pursuit with police and was subsequently shot during the incident. He was pronounced dead at the scene.

The examination showed gunshot wounds involving the face, neck and left hand. The gunshot wound to the neck was associated with lethal injury. There was no significant natural disease.

Postmortem toxicology revealed metabolites of marijuana and nicotine, which did not contribute to death.

**CAUSE OF DEATH:**

Gunshot wound to the neck.

**MANNER OF DEATH:**

Homicide.

Benton 000744



Thoracic abdominal, male, anterior and posterior views.

Name — XZAVIER HILL
C0021-21 JANUARY 11, 2021
VSP-GOOCHLAND
Age — C2021-73266  DS/JG

Autopsy No. _____

Date __ / __ / __

Benton 000745

COMMONWEALTH OF VIRGINIA
OFFICE OF THE CHIEF MEDICAL EXAMINER

*NOT TO SCALE*



A x 2 (0,5x0,2cm x 2)
6x2cm C
2x1,5cm C
Diffuse face
three patterned A (1x0.2cm,
3x0.01cm,
1,2x0.2cm)
5x2cm C
2.15x1cm L
3x2cm L
2x2cm C
4x1cm C
WH scar
R
L
2.15x1cm C
L
R
LH Scar
WH Scars
0.7x0.2cm A
WH scar
2x0.5cm C
Proximal Phalanx Fracture
hands Bagged
Blood deposition on hands
WH scar
tattoos as per photography
A = Abrasion
C = Contusion

C0021-21  JANUARY 11, 2021
XZAVIER HILL
VSP-GOOCHLAND
C2021-73266   DS/JG

Benton 000746



Name: XZAVIER HILL
C0021-21   JANUARY 11, 2021
VSP-GOOCHLAND
Age: C2021-73266   DS/JG
Autopsy No. _____
Date ___/___/___

E Entrance

5.5" FTOH
5" LAML

2 x 1cm ovoid
0.2cm Ø @
0.5cm Ø @

Circumf A = Dilcm Ø

No soot or stippling

A = Abrasion

Benton 000747





R

Entrance — E
23.5" FTOShoulder 2.25" LPmL
0.8x0.8cm round defect
No soot/stippling

L

B Exit
2.25"x1cm V-shaped defect
2.4" FTOShoulder
0.25" LAML
0.6cm/0.5cm
Abrasion 0.8x0 @ 7:00
.25" FTOShoulder
3.25"/3cm irregular defect
1/8"? RAML
Abrasion D @ 12:00
2.25.5" FTOShoulder
1" RAML
2x0 Triangular defect

L = Lateral

Commonwealth of Virginia
Office of the Chief Medical Examiner
CME Form 50

Decedent's Name XZAVIER HILL
VSP-GOOCHLAND
Examined By C2021-73266 DS/JG

C0021-21 JANUARY 11, 2021

Benton 000748



NMS Labs
200 Welsh Road, Horsham, PA 19044-2208
Phone: (215) 657-4900 Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director

CONFIDENTIAL

DS/Jg



# Toxicology Report

**Report Issued** 01/30/2021 10:01

To: **10188**
Office of the Chief Medical Examiner-Central
400 East Jackson Street

Richmond, VA 232193694

| | |
|---|---|
| **Patient Name** | HILL, XZAVIER |
| **Patient ID** | C2021-73266 |
| **Chain** | 21014234 |
| **Age** 18 Y | **DOB** 06/12/2002 |
| **Gender** | Male |
| **Workorder** | 21014234 |

Page 1 of 3

## Positive Findings:

| Compound | Result | Units | Matrix Source |
|---|---|---|---|
| Cotinine | Positive | ng/mL | 001 - Iliac Blood |
| 11-Hydroxy Delta-9 THC | 6.1 | ng/mL | 001 - Iliac Blood |
| Delta-9 Carboxy THC | 120 | ng/mL | 001 - Iliac Blood |
| Delta-9 THC | 21 | ng/mL | 001 - Iliac Blood |

See Detailed Findings section for additional information

## Testing Requested:

| Analysis Code | Description |
|---|---|
| 8052B | Postmortem, Expanded, Blood (Forensic) |

## Specimens Received:

| ID | Tube/Container | Volume/Mass | Collection Date/Time | Matrix Source | Labeled As |
|---|---|---|---|---|---|
| 001 | Clear Vial | 14 mL | 01/11/2021 10:00 | Iliac Blood | C2021-73266 |
| 002 | Clear Plastic Bag | Not Given | Not Given | Shipping Container | Not Applicable |

All sample volumes/weights are approximations.
Specimens received on 01/13/2021.

NMS v.21.0




COMMONWEALTH'S
EXHIBIT
24

Benton 000748



## Detailed Findings:

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| Cotinine | Positive | ng/mL | 200 | 001 - Iliac Blood | LC/TOF-MS |
| 11-Hydroxy Delta-9 THC | 6.1 | ng/mL | 1.0 | 001 - Iliac Blood | LC-MS/MS |
| Delta-9 Carboxy THC | 120 | ng/mL | 5.0 | 001 - Iliac Blood | LC-MS/MS |
| Delta-9 THC | 21 | ng/mL | 0.50 | 001 - Iliac Blood | LC-MS/MS |

Other than the above findings, examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.

## Reference Comments:

1. 11-Hydroxy Delta-9 THC (Active Metabolite) - Iliac Blood:

   11-Hydroxy Delta-9 THC is an active intermediate metabolite of tetrahydrocannabinol (THC) the active component of marijuana. Usual peak levels: Less than 10% of THC levels after smoking.

2. Cotinine (Nicotine Metabolite) - Iliac Blood:

   Cotinine is a metabolite of nicotine and may be encountered in the fluids and tissues of an individual as a result of tobacco exposure.

   Anabasine is a natural product occurring in tobacco, but not in pharmaceutical nicotine and a separate test for anabasine in urine can be used to distinguish tobacco from pharmaceutical nicotine use.

   The reported qualitative result for this substance was based upon a single analysis only. If confirmation testing is required please contact the laboratory.

3. Delta-9 Carboxy THC (Inactive Metabolite) - Iliac Blood:

   Delta-9-THC is the principle psychoactive ingredient of marijuana/hashish. Delta-9-carboxy-THC (THCC) is the inactive metabolite of THC. The usual peak concentrations in serum for 1.75% or 3.55% THC marijuana cigarettes are 10 - 101 ng/mL attained 32 to 240 minutes after beginning smoking, with a slow decline thereafter. The ratio of whole blood concentration to plasma concentration is unknown for this analyte. THCC may be detected for up to one day or more in blood. Both delta-9-THC and THCC may be present substantially longer in chronic users. THCC is usually not detectable after passive inhalation.

4. Delta-9 THC (Active Ingredient of Marijuana) - Iliac Blood:

   Marijuana is a DEA Schedule I hallucinogen. Pharmacologically, it has depressant and reality distorting effects. Collectively, the chemical compounds that comprise marijuana are known as Cannabinoids.

   Delta-9-THC is the principle psychoactive ingredient of marijuana/hashish. It rapidly leaves the blood, even during smoking, falling to below detectable levels within several hours. Delta-9-carboxy-THC (THCC) is the inactive metabolite of THC and may be detected for up to one day or more in blood. Both delta-9-THC and THCC may be present substantially longer in chronic users.
   THC concentrations in blood are usually about one-half of serum/plasma concentrations. Usual peak levels in serum for 1.75% or 3.55% THC marijuana cigarettes: 50 - 270 ng/mL at 6 to 9 minutes after beginning smoking, decreasing to less than 5 ng/mL by 2 hrs.

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded six (6) months from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

NMS v.21.0

Benton 000750


Workorder 21014234 was electronically
signed on 01/30/2021 09:38 by:

Jennifer L. Turri Swatek, M.S.F.S., D-ABFT-FT
Certifying Scientist

## Analysis Summary and Reporting Limits:

All of the following tests were performed for this case. For each test, the compounds listed were included in the scope. The Reporting Limit listed for each compound represents the lowest concentration of the compound that will be reported as being positive. If the compound is listed as None Detected, it is not present above the Reporting Limit. Please refer to the Positive Findings section of the report for those compounds that were identified as being present.

Acode 52198B - Cannabinoids Confirmation, Blood - Iliac Blood

-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| 11-Hydroxy Delta-9 THC | 1.0 ng/mL | Delta-9 THC | 0.50 ng/mL |
| Delta-9 Carboxy THC | 5.0 ng/mL | | |

Acode 8052B - Postmortem, Expanded, Blood (Forensic) - Iliac Blood

-Analysis by Enzyme-Linked Immunosorbent Assay (ELISA) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Barbiturates | 0.040 mcg/mL | Gabapentin | 5.0 mcg/mL |
| Cannabinoids | 10 ng/mL | Salicylates | 120 mcg/mL |

-Analysis by Headspace Gas Chromatography (GC) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Acetone | 5.0 mg/dL | Isopropanol | 5.0 mg/dL |
| Ethanol | 10 mg/dL | Methanol | 5.0 mg/dL |

-Analysis by High Performance Liquid Chromatography/Time of Flight-Mass Spectrometry (LC/TOF-MS) for: The following is a general list of compound classes included in this screen. The detection of any specific analyte is concentration-dependent. Note, not all known analytes in each specified compound class are included. Some specific analytes outside these classes are also included. For a detailed list of all analytes and reporting limits, please contact NMS Labs.

Amphetamines, Anticonvulsants, Antidepressants, Antihistamines, Antipsychotic Agents, Benzodiazepines, CNS Stimulants, Cocaine and Metabolites, Hallucinogens, Hypnosedatives, Hypoglycemics, Muscle Relaxants, Non-Steroidal Anti-Inflammatory Agents, Opiates and Opioids.

NMS v.21.0

Benton 000751