



Commonwealth of Virginia

# DEPARTMENT OF FORENSIC SCIENCE

### CERTIFICATE OF ANALYSIS

February 17, 2021

Central Laboratory
700 N. 5th Street
Richmond, VA 23219

Tel. No.:     (804) 786-4707
Fax:          (804) 786-6907

TO:     JUSTIN COWAN
        DEPARTMENT OF STATE POLICE
        2434 PINE FOREST DRIVE
        COLONIAL HEIGHTS, VA 23834

FS Lab # C21-516

Your Case #:        21-533

Victim(s):          HILL, Xzavier Devonte

Suspect(s):         - - -

Evidence Submitted By:     Jonathan W. Johnson          Date Received:     01/14/2021

| | |
|---|---|
| Item 1 | One (1) SIG Sauer Model P320, caliber 357 SIG, pistol, serial number 58C295057, with one (1) magazine and twelve (12) Speer caliber 357 SIG cartridges |
| Item 2 | One (1) SIG Sauer Model P320, caliber 357 SIG, pistol, serial number 58C273133, with one (1) magazine and fourteen (14) Speer caliber 357 SIG cartridges |
| Item 2T | Ammunition components from test firing the Item 2 firearm (Item created at the Central Laboratory) |
| Item 6 | One (1) Speer caliber 357 SIG cartridge case |
| Item 7 | One (1) Speer caliber 357 SIG cartridge case |
| Item 8 | One (1) Speer caliber 357 SIG cartridge case |
| Item 9 | One (1) Smith & Wesson Model SD40, caliber 40 S&W, pistol, serial number FCL1110, and one (1) Aguila caliber 40 S&W cartridge |
| Item 16 | One (1) magazine and eight (8) Aguila caliber 40 S&W cartridges |
| Item 20 | One (1) bullet |
| Item 21 | One (1) bullet |

RESULTS AND INTERPRETATIONS:

The Item 1 firearm was examined, found to be in mechanical operating condition with the safety features functioning properly, and test fired using the submitted magazine. The Item 1 cartridges were examined and found to be the type designed for use with the Item 1 firearm. Three (3) of the Item 1 cartridges were used for test firing purposes. The resultant ammunition components are being returned in Container 1 and should be maintained for possible future examinations.

The Item 7 and 8 cartridge cases and Item 21, consistent in design with a Speer caliber 357 SIG Gold Dot jacketed hollow-point bullet, were examined microscopically and identified as having been fired in/from the Item 1 pistol based on corresponding class and individual characteristics.

The Item 2 firearm was examined, found to be in mechanical operating condition with the safety features functioning properly, and test fired using the submitted magazine. The Item 2 cartridges were examined and found to be the type designed for use with the Item 2 firearm. Three (3) of the Item 2 cartridges and three (3) cartridges from laboratory stock ammunition were used for test firing purposes. The resultant ammunition components from laboratory stock ammunition are being returned as Item 2T. The resultant ammunition components are being returned in Container 2 and should be maintained for possible future examinations.



COMMONWEALTH'S
EXHIBIT
13



Commonwealth of Virginia

# DEPARTMENT OF FORENSIC SCIENCE

### CERTIFICATE OF ANALYSIS



Department of State Police
FS Lab # C21-516
Your Case # 21-533
February 17, 2021

The Item 6 cartridge case and Item 20, consistent in design with a Speer caliber 357 SIG Gold Dot jacketed hollow-point bullet, were examined microscopically and identified as having been fired in/from the Item 2 pistol based on corresponding class and individual characteristics.

The Item 9 firearm was examined, found to be in mechanical operating condition with the safety features functioning properly, and test fired using the Item 16 magazine. The Item 9 and 16 cartridges were examined and found to be the type designed for use with the Item 9 firearm. Three (3) of the Item 16 cartridges were used for test firing purposes. The resultant ammunition components are being returned in Container 7 and should be maintained for possible future examinations.

The cartridge cases from test firing the Item 9 firearm were microscopically examined, one (1) of these cartridge cases was entered into the NIBIN system, and a search was conducted. No associations were made at this time; however, searches will be conducted periodically as new images are entered into the database.

Dates of testing: 1/28/2021 - 2/17/2021. Supporting examination documentation is maintained in the case file. The above listed methods are those approved for use at the time of analysis. Current methods can be found in the Firearms and Toolmarks Procedures Manual, which can be found at www.dfs.virginia.gov/documentation-publications/manuals/.

The evidence is being retained for personal pickup.

Attest:

I certify that I performed the above analysis or examination as an employee of the Department of Forensic Science and that the above is an accurate record of the results and interpretations of that analysis or examination.

James J. Bullock
Forensic Scientist

OCME (# C0021-21)

JJB
2/22/21

**DEPARTMENT OF HEALTH**
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
**400 EAST JACKSON STREET**
**RICHMOND, VIRGINIA 23219**

| | |
|---|---|
| Autopsy | C0021-21 |
| File# | C2021-3266 |
| Date/Day | 01/11/2021, Monday |
| Time | 09:00 a.m. |

**REPORT OF AUTOPSY**

DECEDENT        Xzavier                                                    Hill

Autopsy Authorized by: Dr. Daniel Shapiro, Medical Examiner for Goochland County.

**BODY IDENTIFIED BY:** Removal service tag.

**PERSONS PRESENT AT AUTOPSY:** Daniel Shapiro, M.D., Jeffery Gofton, M.D., and Aria Rowshan.

Rigor: Complete  Livor: Pink   Distribution: Posterior  Age: 18  Race: Black  Sex: Male  Length: ~65"  Weight: ~156 lbs.
Eyes: Brown  Hair: Black  Mustache: Yes  Beard: Yes  Circumcised: Yes  Body Heat: Refrigerated.

**CLOTHING, PERSONAL EFFECTS, EXTERNAL WOUNDS, SCARS, TATTOOS, OTHER IDENTIFYING FEATURES:**

**CLOTHING/PERSONAL EFFECTS:** The body is received clothed in a t-shirt, shorts, shoes, and socks. Personal effects include a watch, two bracelets, two earrings, a necklace, and a rubber band.

**EXTERNAL EXAMINATION:** The decedent is a well-developed, well-nourished, adult male, who appears consistent with the stated age. There is no decomposition. The head is normocephalic with two abrasions at the left forehead, each measuring 0.5 cm x 0.2 cm, and a 6.0 cm x 2.0 cm left cheek contusion. The eyes are clear, with unremarkable conjunctiva. The left mandible is fractured, in addition to several mandibular teeth. The remaining dentition is natural and in a healthy state of repair. A gunshot wound is present at the left face, described below. The neck, chest, abdomen, and back are intact. A gunshot wound is present at the posterior neck, described below. A 5.0 cm x 2.0 cm contusion is present at the right lateral neck. A 2.5 cm x 1.0 cm contusion is present at the anterior neck. A 4.0 cm x 1.0 cm contusion is present at the right clavicle. A 3.0 cm x 2.0 contusion is present over the left clavicle. Three patterned abrasions are present over the anterior neck, measuring 1.0 cm x 0.2 cm, 3.0 cm x 0.3-0.1 cm, and 1.2 cm x 0.2 cm. A 2.5 cm x 1.0 cm contusion is present at the left upper chest. The arms, hands, legs, and feet are intact. At examination, the hands are covered with a white bag. The bags are removed and discarded per office protocol. There is blood smear on the hands. There is no visible soot on the hands. A gunshot wound is present at the left hand, described below. The left arm is remarkable for a 0.7 cm x 0.2 cm abrasion and a 2.0 cm x 0.5 cm contusion at the left hand. The right arm and lower extremities are atraumatic.

**MARKS OF THERAPY:** None.

**SIGNS OF ORGAN DONATION:** None.

**SCARS:** Well-healed scars of the right shoulder, upper extremity, and left lower extremity.

**TATTOOS:** As per autopsy photographs.

**X-RAYS:** Skeletal survey reveals a projectile at the left maxillary region and right clavicular region.

**HISTORY:** Shot by law enforcement following a police pursuit. Pronounced dead on scene.

**PATHOLOGICAL DIAGNOSES:**

1. Penetrating, indeterminate range gunshot wound to the posterior neck (A), centered 6" from the top of the head, 0.75" left of posterior midline. The entrance wound consists of a 1.5 cm x 0.7 cm, round defect, with a 0.1 cm circumferential abrasion margin. There is no soot or stippling on the surrounding skin surface. The trajectory is forward and slightly rightward. A 1.5 cm x 1.5 cm, deformed, jacketed projectile is located within the maxillary sinus and submitted as evidence. The wound path involves the C1 and C2 vertebrae (fractured), partial transection of the spinal cord, pharyngeal soft tissues, maxillary sinus where the projectile terminates its path.

2. Penetrating, indeterminate range gunshot wound to the left face (F), centered 5.5" from the top of the head, 5" left of anterior midline. The entrance wound consists of a 2.0 cm x 1.0 cm, ovoid defect, with a 0.2 cm laceration at the 5 o'clock position, a 0.5 cm laceration at the 6 o'clock position, and an abrasion margin, measuring 0.1 cm thick between the 9 o'clock to 3 o'clock positions. There is no soot or stippling on the surrounding skin surface. The trajectory is to the right and downward. A 0.8 cm x 0.5 cm, jacketed, deformed projectile is recovered from the right clavicle, 14" from the top of the head, 1" right of anterior midline, and is submitted as evidence. The wound path involves fracture of the left mandible and associated teeth, and injury to the pharyngeal soft tissues, thyrohyoid muscle, sternothyroid muscle, and right clavicle, where the bullet terminates its path. Associated subcutaneous hemorrhage and contusions at the anterior neck.

Cause of Death: Gunshot wound to neck.

Final Report: February 11, 2021

The facts stated herein are true and correct to the best of my knowledge and belief.

| | | |
|---|---|---|
| 02/12/2021 | Richmond City | *(signature)* |
| Date Signed | Place of Autopsy | Signature of Pathologist<br>Daniel Shapiro, M.D. |

| Autopsy | C0021-21 |
|---------|----------|
| File# | C2021-73266 |
| Date/Day | 01/11/2021, Monday |
| Time | 09:00 a.m. |

## REPORT OF AUTOPSY # C0021-21
### Page 2

DECEDENT    Xzavier                                          Hill

3. Perforating, indeterminate range gunshot wound to the left hand, with entrance (E) adjacent to the base of the thumb, centered 23.5" from the top of the shoulder and 2.25" left of posterior midline of the arm. The entrance wound consists of a 0.8 cm x 0.8 cm, round defect. There is no soot or stippling on the surrounding skin surface. The trajectory is dorsal to ventral, lateral to medial, and slightly distal. An exit wound is present at the palmar surface of the left hand (B). The exit wound consists of a 2.5 cm x 1.0 cm defect, 24" from the top of the shoulder and 2.5" left of anterior midline, with three lacerations (0.6 cm, 0.5 cm, and 0.5 cm) at the 3 o'clock to 7 o'clock position. A re-entrance wound (C) is present at the palmar surface of the left hand, 25" from the top of the shoulder, 0.5" right of anterior midline. The re-entrance wound consists of a 3.2 cm x 1.3 cm, irregular defect with a 1 cm laceration at the 12 o'clock position. A re-exit wound (D), is present at the left medial aspect of the fourth digit, consisting of a 2.0 cm x 0.7 cm, irregular defect, situated 25.5" from the top of the shoulder and 1" right of anterior midline. There are no recoverable projectile fragments. The wound path is associated with fracture of the left fourth proximal phalange.

4. Additional findings.
   a. Pulmonary vascular congestion, mild.
   b. Accessory spleen.

5. Toxicology findings.
   a. 11-Hydroxy Delta-9 THC- 6.1 ng/mL (iliac blood).
   b. Delta-9 Carboxy THC- 120 ng/mL (iliac blood).
   c. Delta-9 THC- 21 ng/mL (iliac blood).

**REPORT OF AUTOPSY # C0021-20**
**Page 3**

## GROSS DESCRIPTION

**SEROUS CAVITIES:** The pleural and pericardial spaces are intact and without abnormal fluid collections. The abdominal cavity is predominately smooth without adhesions or abnormal fluid collections. The organs are in their usual anatomic locations.

**HEART:** The heart weighs 417 grams. The epicardial surface is smooth, glistening, and intact. There is no atherosclerosis. The coronary arteries arise distribute normally. The valves are normally formed and within normal limits. The myocardium is diffusely maroon, intact, and without hemorrhage, necrosis, or scar. The left ventricle, septum, and right ventricle measure 1.3 cm, 1.5 cm, and 0.5 cm, respectively.

**AORTA:** The aorta arises and distributes normally. There is no atherosclerosis throughout the aorta.

**NECK ORGANS:** Hemorrhage is present at the thyrohyoid and sternothyroid muscles, associated with a gunshot wound track. The hyoid bone and laryngeal cartilages are intact and without injury. The thyroid gland is symmetric and without focal lesions.

**LUNGS:** The right lung weighs 422 grams, while the left is 325 grams. The upper airways are intact and contain a scant amount of mucus. The pleural surfaces are smooth and intact with reticular anthracosis. The parenchyma is moderately congested with minimal edematous fluid. There are no mucus plugs. The pulmonary vasculature is free of thromboembolus.

**LYMPH NODES:** Within normal limits.

**LIVER:** 1,363 grams. Intact capsule covering a maroon parenchyma. The cut surfaces show no focal lesions.

**GALLBLADDER:** The gallbladder is present and contains approximately 10 mL of bile. There are no stones or mucosal lesions.

**SPLEEN:** 115 grams. The capsule is intact. The parenchyma is maroon and without focal lesions. A 1.5 cm x 0.5 cm accessory spleen is adjacent to the spleen.

**PANCREAS:** Tan, lobulated, and intact without focal lesions.

**ADRENAL GLANDS:** Intact and without hemorrhage.

**GI TRACT:** Tongue is intact and shows no injury. Esophagus is intact and shows no mucosal lesions. The stomach is of the usual configuration and contains scant brown chyme. There are no pills or fragments seen. The small and large bowels are intact and without injuries. The appendix is present and unremarkable.

**KIDNEYS:** The right is 124 grams, while the left kidney is 112 grams. The capsules strip with ease to reveal regular, smooth contours. The renal parenchyma is red-maroon with no focal lesions. The pelves and ureters are intact and without obstruction.

**BLADDER:** The bladder contains approximately 50 cc of clear, yellow urine. The mucosa is intact and without lesions.

**GENITALIA:** Internal genitalia are intact and without injury.

**BRAIN & MENINGES:** The brain weighs 1,483 grams. The dura mater is intact. No evidence of epidural, subdural, or subarachnoid hemorrhages. The leptomeninges are thin and delicate. Serial coronal sections through the cerebral hemispheres demonstrate no evidence of intraparenchymal hemorrhage or focal lesions. The lateral ventricles are of the usual caliber. Serial transverse sections through the brainstem and cerebellum are unremarkable. The spinal cord at the level of the C1 and C2 vertebrae is partially transected, and hemorrhagic. Intraventricular hemorrhage is not present. There is no fluid in the sphenoid sinuses. There is no significant atherosclerosis present in the Circle of Willis.

**MUSCULOSKELETAL:** Fractures of the left fourth proximal phalange, C1 and C2 vertebrae, and left mandible. No additional bone or joint abnormalities are seen. Skeletal muscle is red-maroon and moist with a mass appropriate for the decedent's age and sex.

**MICROSCOPIC SECTIONS:** Heart, lung, liver, kidney.

---

**OTHER LAB PROCEDURES:**  Photo ☒  Micro ☒  Toxicology ☒  X-Ray ☒  Fingerprints ☒  Dental ☐  DNA ☒  GSR ☒  PERK ☐  HIV ☐  Hepatitis ☐  Bacteriology ☐  Virology ☐  Accelerants ☐  Other ☐

**DISPOSITION OF EVIDENCE:**

**TOXICOLOGY (NMS)** – Blood.
**OCME** – Vitreous, blood, liver, bile, urine.
**INVESTIGATOR** – Projectiles, DNA card, GSR kit, clothing and personal effects.
**FUNERAL HOME** – None.

REPORT OF AUTOPSY # C0021-20
Page 4

**MICROSCOPIC DESCRIPTION:**

**HEART:** No significant histopathologic abnormality.

**LUNG:** Mild pulmonary vascular congestion, intra-alveolar and bronchial erythrocyte accumulation (hemoaspiration), and mild alveolar macrophage accumulation.

**LIVER:** No significant histopathologic abnormality.

**KIDNEY:** No significant histopathologic abnormality.

**SUMMARY:**

The decedent was an 18-year-old male who was involved in a vehicular pursuit with police and was subsequently shot during the incident. He was pronounced dead at the scene.

The examination showed gunshot wounds involving the face, neck and left hand. The gunshot wound to the neck was associated with lethal injury. There was no significant natural disease.

Postmortem toxicology revealed metabolites of marijuana and nicotine, which did not contribute to death.

**CAUSE OF DEATH:**

Gunshot wound to the neck.

**MANNER OF DEATH:**

Homicide.



Thoracic abdominal, male, anterior and posterior views.

Name — XZAVIER HILL
C0021-21  JANUARY 11, 2021
VSP-GOOCHLAND
Age — C2021-73266  DS/JG

Autopsy No. _____

Date _____ / __ / __

**COMMONWEALTH OF VIRGINIA**
**OFFICE OF THE CHIEF MEDICAL EXAMINER**            *NOT TO SCALE*



C0021-21  JANUARY 11, 2021
XZAVIER HILL
VSP-GOOCHLAND
C2021-73266   DS/JG



C0021-21  JANUARY 11, 2021

Name — XZAVIER HILL
VSP-GOOCHLAND
Age — C2021-73266   DS/JG

Autopsy No. _____

Date    /    /

E Entrance

5.5" FTOH
5" LAML

2 x 1 cm avoid

0.2 cm O@
0.15 cm O@

Circumf A= 0.1 cm  2:00

No soot or stippling

No Abrasion





C0021-21   JANUARY 11, 2021
Decedent's Name XZAVIER HILL
VSP-GOOCHLAND
Examined By ___ C2021-73266   DS/JG

Decedent is
**NON-RESIDENT**
of City/ County of Death

**Commonwealth of Virginia**
**Department of Health**
**Office of the Chief Medical Examiner**
CENTRAL DISTRICT
400 EAST JACKSON STREET RICHMOND, VA 23219

Case Number:
**C2021-73288**

REPORT OF INVESTIGATION

| Decedent | **XZAVIER** | **DEYONTE** | **HILL** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Suffix Sr, Jr, III, etc |
| SSN | 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 | | | |

Home Address **12563 SUMMIT MANOR DRIVE APT#519  FAIRFAX,  VA   22033**
Number and Street                    City, State, Zip

Age **18 Yrs**   DOB **6/12/2002**   Sex **MALE**   Last Known Occupation   **LIFEGUARD**

Race **BLACK**   Hispanic? **NO**   Marital Status   **NEVER MARRIED**

**MEDICAL EXAMINER AUTHORITY**     **VIOLENT OR UNNATURAL**

Police Notified **YES**     Investigator **SPECIAL AGENT COWAN**     Phone

Jurisdiction   **VIRGINIA STATE POLICE**

| | DATE (MM/DD/YY) | TIME (24h) | LOCATION | CITY/ COUNTY | BY WHOM |
|---|---|---|---|---|---|
| **LAST KNOWN ALIVE** | 1/9/2021 | 0456 | I-64 WB 172.6 MILE MARKER | GOOCHLAND COUNTY, VA | POLICE |
| **EVENT/ INJURY ACUTE ILLNESS** | 1/9/2021 | 0456 | I-64 WB MILE MARKER 172.6 | GOOCHLAND COUNTY, VA | POLICE |
| **FOUND** | 1/9/2021 | 0456 | I-64 WB MILE MARKER 172.6 | GOOCHLAND COUNTY, VA | POLICE |
| **DEATH/ PRONOUNCED** | 1/9/2021 | 0456 | I-64 WB MILE MARKER 172.6 | GOOCHLAND COUNTY, VA | GOOCHLAND EMS |
| **EXAMINATION OF BODY** | 1/11/2021 | 0900 | OFFICE OF THE CHIEF MEDICAL EXAMINER - CENTRAL DISTRICT | RICHMOND , VA | SHAPIRO, DANIEL |

| Cause of Death: | | |
|---|---|---|
| **GUNSHOT WOUND TO THE NECK** | Autopsy (Y/N): | **Y** |
| | Authorized by | ASSISTANT CHIEF MEDICAL EXAMINER |
| | Pathologist | SHAPIRO, DANIEL |
| | Autopsy No | C0021-21 |
| Manner of Death:   **HOMICIDE** | Location | CENTRAL OCME |

This case was reviewed by:

| 23-Feb-2021 1618 | **JEFFERY GOFTON** | |
|---|---|---|
| Date/Time | Name of Assistant Chief Medical Examiner | Signature of Assistant Chief Medical Examiner |

| 23-Feb-2021 1433 | **CARLETON, LESLIE** |
|---|---|
| Date/Time | Name of Reviewing Medicolegal Death Investigator |

OME1_1E/ REV 10/09

| MEDICAL HISTORY | | | | | | | |

☒none known   ☐alcoholism   ☐cirrhosis   ☐hepatitis   ☐drug abuse   ☐asthma   ☐bronchitis   ☐emphysema

☐seizure disorder (cause) _____   ☐cancer _____   ☐diabetes   ☐hypertension   ☐atherosclerosis

☐stroke   ☐psychiatric diagnosis (specify) _____   ☐depression   ☐dementia (specify) _____

☐recent trauma (specify) _____   ☐hip fracture

☐acute infections (specify) _____   ☐HIV/AIDS   ☐COPD   ☐obesity   ☐tobacco

☐other (specify):

Treating MD _____   Phone# _____

Hospitalizations (when/where)

Medications

Tox requested: YES

**Summary of Circumstances:**
The decedent was an 18-year-old male who was involved in a vehicular pursuit with police and was subsequently shot. He was pronounced dead on scene.

The examination showed gunshot wounds involving the face, neck and left hand. The gunshot wound to the neck was associated with lethal injury. There was no significant natural disease.

Postmortem toxicology revealed metabolites of marijuana and nicotine, which did not contribute to death.

Decedent:   XZAVIER DEYONTE HILL

# NMS

**NMS Labs**
200 Welsh Road, Horsham, PA 19044-2208
Phone: (215) 657-4900 Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director

CONFIDENTIAL

DS/Jg



## Toxicology Report

**Report Issued**   01/30/2021 10:01

To:   10188
Office of the Chief Medical Examiner-Central
400 East Jackson Street

Richmond, VA  232193694

| | |
|---|---|
| **Patient Name** | HILL, XZAVIER |
| **Patient ID** | C2021-73266 |
| **Chain** | 21014234 |
| **Age** 18 Y | **DOB** 08/12/2002 |
| **Gender** | Male |
| **Workorder** | 21014234 |

**Page 1 of 3**

RECEIVED
FEB 2021
OFFICE OF
CHIEF MEDICAL EXAMINER
RICHMOND, VA

### Positive Findings:

| Compound | Result | Units | Matrix Source |
|---|---|---|---|
| Cotinine | Positive | ng/mL | 001 - Iliac Blood |
| 11-Hydroxy Delta-9 THC | 6.1 | ng/mL | 001 - Iliac Blood |
| Delta-9 Carboxy THC | 120 | ng/mL | 001 - Iliac Blood |
| Delta-9 THC | 21 | ng/mL | 001 - Iliac Blood |

See Detailed Findings section for additional information

### Testing Requested:

| Analysis Code | Description |
|---|---|
| 8052B | Postmortem, Expanded, Blood (Forensic) |

### Specimens Received:

| ID | Tube/Container | Volume/ Mass | Collection Date/Time | Matrix Source | Labeled As |
|---|---|---|---|---|---|
| 001 | Clear Vial | 14 mL | 01/11/2021 10:00 | Iliac Blood | C2021-73266 |
| 002 | Clear Plastic Bag | Not Given | Not Given | Shipping Container | Not Applicable |

All sample volumes/weights are approximations.
Specimens received on 01/13/2021.

NMS v.21.0

**NMS**

| | |
|---|---|
| Workorder | 21014234 |
| Chain | 21014234 |
| Patient ID | C2021-73266 |

Page 2 of 3

## Detailed Findings:

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| Cotinine | Positive | ng/mL | 200 | 001 - Iliac Blood | LC/TOF-MS |
| 11-Hydroxy Delta-9 THC | 6.1 | ng/mL | 1.0 | 001 - Iliac Blood | LC-MS/MS |
| Delta-9 Carboxy THC | 120 | ng/mL | 5.0 | 001 - Iliac Blood | LC-MS/MS |
| Delta-9 THC | 21 | ng/mL | 0.50 | 001 - Iliac Blood | LC-MS/MS |

**Other than the above findings, examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.**

## Reference Comments:

1.  **11-Hydroxy Delta-9 THC (Active Metabolite) - Iliac Blood:**

    11-Hydroxy Delta-9 THC is an active intermediate metabolite of tetrahydrocannabinol (THC) the active component of marijuana. Usual peak levels: Less than 10% of THC levels after smoking.

2.  **Cotinine (Nicotine Metabolite) - Iliac Blood:**

    Cotinine is a metabolite of nicotine and may be encountered in the fluids and tissues of an individual as a result of tobacco exposure.

    Anabasine is a natural product occurring in tobacco, but not in pharmaceutical nicotine and a separate test for anabasine in urine can be used to distinguish tobacco from pharmaceutical nicotine use.

    The reported qualitative result for this substance was based upon a single analysis only. If confirmation testing is required please contact the laboratory.

3.  **Delta-9 Carboxy THC (Inactive Metabolite) - Iliac Blood:**

    Delta-9-THC is the principle psychoactive ingredient of marijuana/hashish. Delta-9-carboxy-THC (THCC) is the inactive metabolite of THC. The usual peak concentrations in serum for 1.75% or 3.55% THC marijuana cigarettes are 10 - 101 ng/mL attained 32 to 240 minutes after beginning smoking, with a slow decline thereafter. The ratio of whole blood concentration to plasma concentration is unknown for this analyte. THCC may be detected for up to one day or more in blood. Both delta-9-THC and THCC may be present substantially longer in chronic users. THCC is usually not detectable after passive inhalation.

4.  **Delta-9 THC (Active Ingredient of Marijuana) - Iliac Blood:**

    Marijuana is a DEA Schedule I hallucinogen. Pharmacologically, it has depressant and reality distorting effects. Collectively, the chemical compounds that comprise marijuana are known as Cannabinoids.

    Delta-9-THC is the principle psychoactive ingredient of marijuana/hashish. It rapidly leaves the blood, even during smoking, falling to below detectable levels within several hours. Delta-9-carboxy-THC (THCC) is the inactive metabolite of THC and may be detected for up to one day or more in blood. Both delta-9-THC and THCC may be present substantially longer in chronic users.
    THC concentrations in blood are usually about one-half of serum/plasma concentrations. Usual peak levels in serum for 1.75% or 3.55% THC marijuana cigarettes: 50 - 270 ng/mL at 6 to 9 minutes after beginning smoking, decreasing to less than 5 ng/mL by 2 hrs.

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded six (6) months from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

NMS v.21.0



COMMONWEALTH'S
EXHIBIT

PENGAD 800-631-6989



COMMONWEALTH'S
EXHIBIT

PENGAD 800-631-6989









COMMONWEALTH'S
EXHIBIT
1B



COMMONWEALTH'S EXHIBIT

PENGAD 800-631-6989

PENGAD 800-631-6989

COMMONWEALTH'S
EXHIBIT
20



PENGAD 800-631-6989

COMMONWEALTH'S
EXHIBIT
21



 

## Extraction Report - Apple iOS Full File system

### Searched Items (3)

| # | Timestamp | Source | Value | Parameters | Origin | Deleted | Account |
|---|-----------|--------|-------|------------|--------|---------|---------|
| 1 | 1/8/2021 2:16:32 PM(UTC-5) | Safari Source file: a061bfecd03a6c0232b7e6a4cb579776a9718b05_files_partial-afu.zip/private/var/mobile/Containers/Data/Application/7AC5D39B-FA62-44A7-9D3F-4D25A095A910/Library/Preferences/com.apple.mobilesafari.plist : 0x649 (Size: 4222 bytes) | check gun serial number | | Default | | |
| 2 | 1/7/2021 2:45:35 PM(UTC-5) | Safari Source file: a061bfecd03a6c0232b7e6a4cb579776a9718b05_files_partial-afu.zip/private/var/mobile/Containers/Data/Application/7AC5D39B-FA62-44A7-9D3F-4D25A095A910/Library/Preferences/com.apple.mobilesafari.plist : 0x769 (Size: 4222 bytes) | smith and wesson SD40 | | Default | | |
| 3 | 1/6/2021 7:46:55 PM(UTC-5) | Safari Source file: a061bfecd03a6c0232b7e6a4cb579776a9718b05_files_partial-afu.zip/private/var/mobile/Containers/Data/Application/7AC5D39B-FA62-44A7-9D3F-4D25A095A910/Library/Preferences/com.apple.mobilesafari.plist : 0x844 (Size: 4222 bytes) | driving with lights off | | Default | | |

COMMONWEALTH'S EXHIBIT
22

ENGAD 800-631-6989

**Commonwealth of Virginia**
Department of Health
**Office of the Chief Medical Examiner**
CENTRAL DISTRICT
400 EAST JACKSON STREET RICHMOND, VA 23219

Case Number:
C2021-73266

REPORT OF INVESTIGATION

| | | |
|---|---|---|
| Decedent | XZAVIER          DEYONTE          HILL | |
| | First Name          Middle Name          Last Name | Suffix Sr, Jr, III, etc |
| SSN | | |
| Home Address | 12563 SUMMIT MANOR DRIVE APT#519  FAIRFAX,  VA    22033 | |
| | Number and Street          City, State, Zip | |

Age  18 Yrs    DOB         Sex  MALE       Last Known Occupation    LIFEGUARD

Race  BLACK    Hispanic?  NO    Marital Status    NEVER MARRIED

MEDICAL EXAMINER AUTHORITY    VIOLENT OR UNNATURAL

Police Notified  YES    Investigator  SPECIAL AGENT COWAN      Phone

Jurisdiction  VIRGINIA STATE POLICE

| | DATE (MM/DD/YY) | TIME (24h) | LOCATION | CITY/ COUNTY | BY WHOM |
|---|---|---|---|---|---|
| LAST KNOWN ALIVE | 1/9/2021 | 0456 | I-64 WB 172.6 MILE MARKER | GOOCHLAND COUNTY, VA | POLICE |
| EVENT/ INJURY ACUTE ILLNESS | 1/9/2021 | 0456 | I-64 WB MILE MARKER 172.6 | GOOCHLAND COUNTY, VA | POLICE |
| FOUND | 1/9/2021 | 0456 | I-64 WB MILE MARKER 172.6 | GOOCHLAND COUNTY, VA | POLICE |
| DEATH PRONOUNCED | 1/9/2021 | 0456 | I-64 WB MILE MARKER 172.6 | GOOCHLAND COUNTY, VA | GOOCHLAND EMS |
| EXAMINATION OF BODY | 1/11/2021 | 0900 | OFFICE OF THE CHIEF MEDICAL EXAMINER - CENTRAL DISTRICT | RICHMOND , VA | SHAPIRO, DANIEL |

Cause of Death:
**GUNSHOT WOUND TO THE NECK**

Autopsy (Y/N):    Y

Authorized by    ASSISTANT CHIEF MEDICAL EXAMINER

Pathologist    SHAPIRO, DANIEL

Autopsy No    C0021-21

Manner of Death:    **HOMICIDE**

Location    CENTRAL OCME

This case was reviewed by:

23-Feb-2021  1519      JEFFERY GOFTON
Date/Time      Name of Assistant Chief Medical Examiner          Signature of Assistant Chief Medical Examiner

23-Feb-2021  1433      CARLETON, LESLIE
Date/Time      Name of Reviewing Medicolegal Death Investigator

COMMONWEALTH'S EXHIBIT 23

CME1_1E/ REV 10/09

| MEDICAL HISTORY |
|---|

☑none known   ☐alcoholism   ☐cirrhosis   ☐hepatitis   ☐drug abuse   ☐asthma   ☐bronchitis   ☐emphysema

☐seizure disorder (cause) _____   ☐cancer _____   ☐diabetes   ☐hypertension   ☐atherosclerosis

☐stroke   ☐psychiatric diagnosis (specify) _____   ☐depression   ☐dementia (specify) _____

☐recent trauma (specify) _____   ☐hip fracture

☐acute infections (specify) _____   ☐HIV/AIDS   ☐COPD   ☐obesity   ☐tobacco

☐other (specify): _____

Treating MD _____                    Phone# _____

Hospitalizations (when/where)

Medications

Tox requested: YES

Summary of Circumstances:
The decedent was an 18-year-old male who was involved in a vehicular pursuit with police and was subsequently shot. He was pronounced dead on scene.

The examination showed gunshot wounds involving the face, neck and left hand. The gunshot wound to the neck was associated with lethal injury. There was no significant natural disease.

Postmortem toxicology revealed metabolites of marijuana and nicotine, which did not contribute to death.

Decedent:   XZAVIER DEYONTE HILL _____

CME1_1E/ REV 10/09

DEPARTMENT OF HEALTH
OFFICE OF THE CHIEF MEDICAL EXAMINER
400 EAST JACKSON STREET
RICHMOND, VIRGINIA  23219

Autopsy     C0021-21
File#        C2021-73266
Date/Day    01/11/2021, Monday
Time        09:00 a.m.

REPORT OF AUTOPSY

DECEDENT    Xzavier                                           Hill

Autopsy Authorized by: Dr. Daniel Shapiro, Medical Examiner for Goochland County.

BODY IDENTIFIED BY:                    PERSONS PRESENT AT AUTOPSY:
  Removal service tag.                   Daniel Shapiro, M.D., Jeffery Gofton, M.D., and Aria Rowshan.

Rigor: Complete  Livor: Pink  Distribution: Posterior  Age: 18  Race: Black  Sex: Male  Length: ~65"  Weight: ~156 lbs.
Eyes: Brown  Hair: Black  Mustache: Yes  Beard: Yes  Circumcised: Yes  Body Heat: Refrigerated.

## CLOTHING, PERSONAL EFFECTS, EXTERNAL WOUNDS, SCARS, TATTOOS, OTHER IDENTIFYING FEATURES:

**CLOTHING/PERSONAL EFFECTS:** The body is received clothed in a t-shirt, shorts, shoes, and socks. Personal effects include a watch, two bracelets, two earrings, a necklace, and a rubber band.

**EXTERNAL EXAMINATION:** The decedent is a well-developed, well-nourished, adult male, who appears consistent with the stated age. There is no decomposition. The head is normocephalic with two abrasions at the left forehead, each measuring 0.5 cm x 0.2 cm, and a 6.0 cm x 2.0 cm left cheek contusion. The eyes are clear, with unremarkable conjunctivae. The left mandible is fractured, in addition to several mandibular teeth. The remaining dentition is natural and in a healthy state of repair. A gunshot wound is present at the left face, described below. The neck, chest, abdomen, and back are intact. A gunshot wound is present at the posterior neck, described below. A 5.0 cm x 2.0 cm contusion is present at the right lateral neck. A 2.5 cm x 1.0 cm contusion is present at the anterior neck. A 4.0 cm x 1.0 cm contusion is present at the right clavicle. A 3.0 cm x 2.0 contusion is present over the left clavicle. Three patterned abrasions are present over the anterior neck, measuring 1.0 cm x 0.2 cm, 3.0 cm x 0.3-0.1 cm, and 1.2 cm x 0.2 cm. A 2.5 cm x 1.0 cm contusion is present at the left upper chest. The arms, hands, legs, and feet are intact. At examination, the hands are covered with a white bag. The bags are removed and discarded per office protocol. There is blood smear on the hands. There is no visible soot on the hands. A gunshot wound is present at the left hand, described below. The left arm is remarkable for a 0.7 cm x 0.2 cm abrasion and a 2.0 cm x 0.5 cm contusion at the left hand. The right arm and lower extremities are atraumatic.

**MARKS OF THERAPY:** None.

**SIGNS OF ORGAN DONATION:** None.

**SCARS:** Well-healed scars of the right shoulder, upper extremity, and left lower extremity.

**TATTOOS:** As per autopsy photographs.

**X-RAYS:** Skeletal survey reveals a projectile at the left maxillary region and right clavicular region.

**HISTORY:** Shot by law enforcement following a police pursuit. Pronounced dead on scene.

**PATHOLOGICAL DIAGNOSES:**

1. Penetrating, indeterminate range gunshot wound to the posterior neck (A), centered 6" from the top of the head, 0.75" left of posterior midline. The entrance wound consists of a 1.5 cm x 0.7 cm, round defect, with a 0.1 cm circumferential abrasion margin. There is no soot or stippling on the surrounding skin surface. The trajectory is forward and slightly rightward. A 1.5 cm x 1.5 cm, deformed, jacketed projectile is located within the maxillary sinus and submitted as evidence. The wound path involves the C1 and C2 vertebrae (fractured), partial transection of the spinal cord, pharyngeal soft tissues, maxillary sinus where the projectile terminates its path.

2. Penetrating, indeterminate range gunshot wound to the left face (F), centered 5.5" from the top of the head, 5" left of anterior midline. The entrance wound consists of a 2.0 cm x 1.0 cm, ovoid defect, with a 0.2 cm laceration at the 5 o'clock position, a 0.5 cm laceration at the 6 o'clock position, and an abrasion margin, measuring 0.1 cm thick between the 9 o'clock to 3 o'clock positions. There is no soot or stippling on the surrounding skin surface. The trajectory is to the right and downward. A 0.8 cm x 0.5 cm, jacketed, deformed projectile is recovered from the right clavicle, 14" from the top of the head, 1" right of anterior midline, and is submitted as evidence. The wound path involves fracture of the left mandible and associated teeth, and injury to the pharyngeal soft tissues, thyrohyoid muscle, sternohyoid muscle, and right clavicle, where the bullet terminates its path. Associated subcutaneous hemorrhage and contusions at the anterior neck.

Cause of Death:  Gunshot wound to neck.                     Final Report: ____February 11, 2021____

The facts stated herein are true and correct to the best of my knowledge and belief.

__02/12/2021__                __Richmond City__               _____
Date Signed                   Place of Autopsy                Signature of Pathologist
                                                              Daniel Shapiro, M.D.

Autopsy     C0021-21
File#       C2021-73266
Date/Day    01/11/2021, Monday
Time        09:00 a.m.

### REPORT OF AUTOPSY # C0021-21
Page 2

DECENDENT     Xzavier                                          Hill

3. Perforating, indeterminate range gunshot wound to the left hand, with entrance (E) adjacent to the base of the thumb, centered 23.5" from the top of the shoulder and 2.25" left of posterior midline of the arm. The entrance wound consists of a 0.8 cm x 0.8 cm, round defect. There is no soot or stippling on the surrounding skin surface. The trajectory is dorsal to ventral, lateral to medial, and slightly distal. An exit wound is present at the palmar surface of the left hand (B). The exit wound consists of a 2.5 cm x 1.0 cm defect, 24" from the top of the shoulder and 2.5" left of anterior midline, with three lacerations (0.6 cm, 0.5 cm, and 0.5 cm) at the 3 o'clock to 7 o'clock position. A re-entrance wound (C) is present at the palmar surface of the left hand, 25" from the top of the shoulder, 0.5" right of anterior midline. The re-entrance wound consists of a 3.2 cm x 1.3 cm, irregular defect with a 1 cm laceration at the 12 o'clock position. A re-exit wound (D), is present at the left medial aspect of the fourth digit, consisting of a 2.0 cm x 0.7 cm, irregular defect, situated 25.5" from the top of the shoulder and 1" right of anterior midline. There are no recoverable projectile fragments. The wound path is associated with fracture of the left fourth proximal phalange.

4. Additional findings.
   a. Pulmonary vascular congestion, mild.
   b. Accessory spleen.

5. Toxicology findings.
   a. 11-Hydroxy Delta-9 THC- 6.1 ng/mL (iliac blood).
   b. Delta-9 Carboxy THC- 120 ng/mL (iliac blood).
   c. Delta-9 THC- 21 ng/mL (iliac blood).

REPORT OF AUTOPSY # C0021-20
Page 3

## GROSS DESCRIPTION

**SEROUS CAVITIES:** The pleural and pericardial spaces are intact and without abnormal fluid collections. The abdominal cavity is predominately smooth without adhesions or abnormal fluid collections. The organs are in their usual anatomic locations.

**HEART:** The heart weighs 417 grams. The epicardial surface is smooth, glistening, and intact. There is no atherosclerosis. The coronary arteries arise distribute normally. The valves are normally formed and within normal limits. The myocardium is diffusely maroon, intact, and without hemorrhage, necrosis, or scar. The left ventricle, septum, and right ventricle measure 1.3 cm, 1.5 cm, and 0.5 cm, respectively.

**AORTA:** The aorta arises and distributes normally. There is no atherosclerosis throughout the aorta.

**NECK ORGANS:** Hemorrhage is present at the thyrohyoid and sternothyroid muscles, associated with a gunshot wound track. The hyoid bone and laryngeal cartilages are intact and without injury. The thyroid gland is symmetric and without focal lesions.

**LUNGS:** The right lung weighs 422 grams, while the left is 325 grams. The upper airways are intact and contain a scant amount of mucus. The pleural surfaces are smooth and intact with reticular anthracosis. The parenchyma is moderately congested with minimal edematous fluid. There are no mucus plugs. The pulmonary vasculature is free of thromboembolus.

**LYMPH NODES:** Within normal limits.

**LIVER:** 1,363 grams. Intact capsule covering a maroon parenchyma. The cut surfaces show no focal lesions.

**GALLBLADDER:** The gallbladder is present and contains approximately 10 mL of bile. There are no stones or mucosal lesions.

**SPLEEN:** 115 grams. The capsule is intact. The parenchyma is maroon and without focal lesions. A 1.5 cm x 0.5 cm accessory spleen is adjacent to the spleen.

**PANCREAS:** Tan, lobulated, and intact without focal lesions.

**ADRENAL GLANDS:** Intact and without hemorrhage.

**GI TRACT:** Tongue is intact and shows no injury. Esophagus is intact and shows no mucosal lesions. The stomach is of the usual configuration and contains scant brown chyme. There are no pills or fragments seen. The small and large bowels are intact and without injuries. The appendix is present and unremarkable.

**KIDNEYS:** The right is 124 grams, while the left kidney is 112 grams. The capsules strip with ease to reveal regular, smooth contours. The renal parenchyma is red-maroon with no focal lesions. The pelves and ureters are intact and without obstruction.

**BLADDER:** The bladder contains approximately 50 cc of clear, yellow urine. The mucosa is intact and without lesions.

**GENITALIA:** Internal genitalia are intact and without injury.

**BRAIN & MENINGES:** The brain weighs 1,483 grams. The dura mater is intact. No evidence of epidural, subdural, or subarachnoid hemorrhages. The leptomeninges are thin and delicate. Serial coronal sections through the cerebral hemispheres demonstrate no evidence of intraparenchymal hemorrhage or focal lesions. The lateral ventricles are of the usual caliber. Serial transverse sections through the brainstem and cerebellum are unremarkable. The spinal cord at the level of the C1 and C2 vertebrae is partially transected, and hemorrhagic. Intraventricular hemorrhage is not present. There is no fluid in the sphenoid sinuses. There is no significant atherosclerosis present in the Circle of Willis.

**MUSCULOSKELETAL:** Fractures of the left fourth proximal phalange, C1 and C2 vertebrae, and left mandible. No additional bone or joint abnormalities are seen. Skeletal muscle is red-maroon and moist with a mass appropriate for the decedent's age and sex.

**MICROSCOPIC SECTIONS:** Heart, lung, liver, kidney.

---

**OTHER LAB PROCEDURES:** Photo ⊠    Micro ⊠    Toxicology ⊠    X-Ray ⊠    Fingerprints ⊠    Dental ☐    DNA ⊠    GSR ⊠    PERK ☐    HIV ☐    Hepatitis ☐    Bacteriology☐    Virology ☐    Accelerants ☐    Other☐

**DISPOSITION OF EVIDENCE:**

**TOXICOLOGY (NMS)** – Blood.
**OCME** – Vitreous, blood, liver, bile, urine.
**INVESTIGATOR** – Projectiles, DNA card, GSR kit, clothing and personal effects.
**FUNERAL HOME** – None.

**REPORT OF AUTOPSY # C0021-20**
Page 4

## MICROSCOPIC DESCRIPTION:

HEART: No significant histopathologic abnormality.

LUNG: Mild pulmonary vascular congestion, intra-alveolar and bronchial erythrocyte accumulation (hemoaspiration), and mild alveolar macrophage accumulation.

LIVER: No significant histopathologic abnormality.

KIDNEY: No significant histopathologic abnormality.

## SUMMARY:

The decedent was an 18-year-old male who was involved in a vehicular pursuit with police and was subsequently shot during the incident. He was pronounced dead at the scene.

The examination showed gunshot wounds involving the face, neck and left hand. The gunshot wound to the neck was associated with lethal injury. There was no significant natural disease.

Postmortem toxicology revealed metabolites of marijuana and nicotine, which did not contribute to death.

## CAUSE OF DEATH:

Gunshot wound to the neck.

## MANNER OF DEATH:

Homicide.



Thoracic abdominal, male, anterior and posterior views.

Name: XZAVIER HILL
VSP-GOOCHLAND
Age: C2021-73266 DS/JG
C0021-21 JANUARY 11, 2021
Autopsy No. /    /
Date /    /

**COMMONWEALTH OF VIRGINIA**
**OFFICE OF THE CHIEF MEDICAL EXAMINER**

*NOT TO SCALE*



C0021-21  JANUARY 11, 2021
XZAVIER HILL
VSP-GOOCHLAND
C2021-73266  DS/JG

Name _____ C0021-21  JANUARY 11, 2021
              XZAVIER HILL
Age _____   VSP-GOOCHLAND
              C2021-73266   DS/JG

Autopsy No. _____

Date ___ / ___ / ___



E Entrance

5.5" FTOH
5" LAML

2 x 1 cm ovoid
0.2 cm @ @
0.5 cm @ @
                5:00
                6:00
Circumf A = Dilem 7:00
                9:00

No Soot or Stippling

A = Abrasion



Commonwealth of Virginia
Office of the Chief Medical Examiner
CME Form 50

Decedent's Name XZAVIER HILL
Examined By VSP-GOOCHLAND

C0021-21  JANUARY 11, 2021
C2021-73266  DS/JG

# NMS

**NMS Labs**
200 Welsh Road, Horsham, PA 19044-2208
Phone: (215) 657-4900 Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director

**CONFIDENTIAL**

 DS/Jg



## Toxicology Report

Report Issued   01/30/2021 10:01

To:   10188
Office of the Chief Medical Examiner-Central
400 East Jackson Street

Richmond, VA  232193694

| | |
|---|---|
| Patient Name | HILL, XZAVIER |
| Patient ID | C2021-73266 |
| Chain | 21014234 |
| Age 18 Y | DOB  06/12/2002 |
| Gender | Male |
| Workorder | 21014234 |

Page 1 of 3

### Positive Findings:

| Compound | Result | Units | Matrix Source |
|---|---|---|---|
| Cotinine | Positive | ng/mL | 001 - Iliac Blood |
| 11-Hydroxy Delta-9 THC | 6.1 | ng/mL | 001 - Iliac Blood |
| Delta-9 Carboxy THC | 120 | ng/mL | 001 - Iliac Blood |
| Delta-9 THC | 21 | ng/mL | 001 - Iliac Blood |

See Detailed Findings section for additional information

### Testing Requested:

| Analysis Code | Description |
|---|---|
| 8052B | Postmortem, Expanded, Blood (Forensic) |

### Specimens Received:

| ID | Tube/Container | Volume/Mass | Collection Date/Time | Matrix Source | Labeled As |
|---|---|---|---|---|---|
| 001 | Clear Vial | 14 mL | 01/11/2021 10:00 | Iliac Blood | C2021-73266 |
| 002 | Clear Plastic Bag | Not Given | Not Given | Shipping Container | Not Applicable |

All sample volumes/weights are approximations.
Specimens received on 01/13/2021.

NMS v.21.0



COMMONWEALTH'S EXHIBIT
24
ENG/AD 800-631-6989



**CONFIDENTIAL**

| | |
|---|---|
| Workorder | 21014234 |
| Chain | 21014234 |
| Patient ID | C2021-73266 |

Page 2 of 3

**Detailed Findings:**

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| Cotinine | Positive | ng/mL | 200 | 001 - Iliac Blood | LC/TOF-MS |
| 11-Hydroxy Delta-9 THC | 6.1 | ng/mL | 1.0 | 001 - Iliac Blood | LC-MS/MS |
| Delta-9 Carboxy THC | 120 | ng/mL | 5.0 | 001 - Iliac Blood | LC-MS/MS |
| Delta-9 THC | 21 | ng/mL | 0.50 | 001 - Iliac Blood | LC-MS/MS |

Other than the above findings, examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.

**Reference Comments:**

1.  **11-Hydroxy Delta-9 THC (Active Metabolite) - Iliac Blood:**

    11-Hydroxy Delta-9 THC is an active intermediate metabolite of tetrahydrocannabinol (THC) the active component of marijuana. Usual peak levels: Less than 10% of THC levels after smoking.

2.  **Cotinine (Nicotine Metabolite) - Iliac Blood:**

    Cotinine is a metabolite of nicotine and may be encountered in the fluids and tissues of an individual as a result of tobacco exposure.

    Anabasine is a natural product occurring in tobacco, but not in pharmaceutical nicotine and a separate test for anabasine in urine can be used to distinguish tobacco from pharmaceutical nicotine use.

    The reported qualitative result for this substance was based upon a single analysis only. If confirmation testing is required please contact the laboratory.

3.  **Delta-9 Carboxy THC (Inactive Metabolite) - Iliac Blood:**

    Delta-9-THC is the principle psychoactive ingredient of marijuana/hashish. Delta-9-carboxy-THC (THCC) is the inactive metabolite of THC. The usual peak concentrations in serum for 1.75% or 3.55% THC marijuana cigarettes are 10 - 101 ng/mL attained 32 to 240 minutes after beginning smoking, with a slow decline thereafter. The ratio of whole blood concentration to plasma concentration is unknown for this analyte. THCC may be detected for up to one day or more in blood. Both delta-9-THC and THCC may be present substantially longer in chronic users. THCC is usually not detectable after passive inhalation.

4.  **Delta-9 THC (Active Ingredient of Marijuana) - Iliac Blood:**

    Marijuana is a DEA Schedule I hallucinogen. Pharmacologically, it has depressant and reality distorting effects. Collectively, the chemical compounds that comprise marijuana are known as Cannabinoids.

    Delta-9-THC is the principle psychoactive ingredient of marijuana/hashish. It rapidly leaves the blood, even during smoking, falling to below detectable levels within several hours. Delta-9-carboxy-THC (THCC) is the inactive metabolite of THC and may be detected for up to one day or more in blood. Both delta-9-THC and THCC may be present substantially longer in chronic users.
    THC concentrations in blood are usually about one-half of serum/plasma concentrations. Usual peak levels in serum for 1.75% or 3.55% THC marijuana cigarettes: 50 - 270 ng/mL at 6 to 9 minutes after beginning smoking, decreasing to less than 5 ng/mL by 2 hrs.

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded six (6) months from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

NMS v.21.0

# NMS

CONFIDENTIAL

| Workorder | 21014234 |
| Chain | 21014234 |
| Patient ID | C2021-73266 |

Page 3 of 3

Workorder 21014234 was electronically
signed on 01/30/2021 09:38 by:

*Jennifer L. Turri Swatek*

Jennifer L. Turri Swatek, M.S.F.S., D-ABFT-FT
Certifying Scientist

## Analysis Summary and Reporting Limits:

All of the following tests were performed for this case. For each test, the compounds listed were included in the scope. The Reporting Limit listed for each compound represents the lowest concentration of the compound that will be reported as being positive. If the compound is listed as None Detected, it is not present above the Reporting Limit. Please refer to the Positive Findings section of the report for those compounds that were identified as being present.

Acode 52198B - Cannabinoids Confirmation, Blood - Iliac Blood

-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
| --- | --- | --- | --- |
| 11-Hydroxy Delta-9 THC | 1.0 ng/mL | Delta-9 THC | 0.50 ng/mL |
| Delta-9 Carboxy THC | 5.0 ng/mL | | |

Acode 8052B - Postmortem, Expanded, Blood (Forensic) - Iliac Blood

-Analysis by Enzyme-Linked Immunosorbent Assay (ELISA) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
| --- | --- | --- | --- |
| Barbiturates | 0.040 mcg/mL | Gabapentin | 5.0 mcg/mL |
| Cannabinoids | 10 ng/mL | Salicylates | 120 mcg/mL |

-Analysis by Headspace Gas Chromatography (GC) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
| --- | --- | --- | --- |
| Acetone | 5.0 mg/dL | Isopropanol | 5.0 mg/dL |
| Ethanol | 10 mg/dL | Methanol | 5.0 mg/dL |

-Analysis by High Performance Liquid Chromatography/Time of Flight-Mass Spectrometry (LC/TOF-MS) for: The following is a general list of compound classes included in this screen. The detection of any specific analyte is concentration-dependent. Note, not all known analytes in each specified compound class are included. Some specific analytes outside these classes are also included. For a detailed list of all analytes and reporting limits, please contact NMS Labs.

Amphetamines, Anticonvulsants, Antidepressants, Antihistamines, Antipsychotic Agents, Benzodiazepines, CNS Stimulants, Cocaine and Metabolites, Hallucinogens, Hypnosedatives, Hypoglycemics, Muscle Relaxants, Non-Steroidal Anti-Inflammatory Agents, Opiates and Opioids.

NMS v.21.0