Case 3:22-cv-00225-HEH    Document 48-19    Filed 02/21/23    Page 1 of 1 PageID# 2290

# *PLACEHOLDER*

# INCORRECT DOCUMENT FILED