IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LATOYA K BENTON,
ADMINISTRATOR OF THE ESTATE OF
XZAVIER D. HILL, DECEASED,

    **Plaintiffs,**

v.                                                       Civil Action No. 3:22-cv-225 HEH

SETH W. LAYTON, *et al*

    **Defendants.**

## NOTICE OF CORRECTION

Please take notice that Ex. 5 to the Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment ECF No. 48, included certain materials reviewed by Mr. Kenneth Miller, Plaintiff's expert witness without the expert reports. Plaintiff ,therefore, attaches the full Exhibit 5.

                                                Respectfully Submitted,

                                                LATOYA K. BENTON, Administrator
                                                of the Estate of Xzavier d. Hill, Deceased

                                                By:_____/s/_____
                                                Verbena M. Askew, Esquire
                                                Virginia State Bar #19511
                                                THE VERBENA ASKEW LAW FIRM, P.C.
                                                2 Eaton Street, Suite 708
                                                Hampton, Virginia 23669
                                                Telephone: (757) 722-4100
                                                Facsimile: (757) 722-1801
                                                vaskewlawfirm@verizon.net

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 16th day of March, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Robert B. McEntee, III, Assistant
Attorney General
Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
rmcenteeiii@oag.state.state.va.us

                                                                     _____/s/_____
                                          Verbena M. Askew, Esquire
                                          Virginia State Bar #19511
                                          THE VERBENA ASKEW LAW FIRM, P.C.
                                          2 Eaton Street, Suite 708
                                          Hampton, Virginia 23669
                                          Telephone: (757) 722-4100
                                          Facsimile: (757) 722-1801
                                          vaskewlawfirm@verizon.net